| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Reduced rate | Category | Entry # | Objection | Abandoned or Unsuccessful |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/5/2017 | Josh Sanford | Examination of intra-office memos regarding: Client contracts | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 1 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 12/5/2017 | Josh Sanford | Conference with Chris Burks regarding: preparation of complaint | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 2 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 12/5/2017 | Josh Sanford | Discussion of case status and directing case strategy to Attorney Chris Burks | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 4 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 12/5/2017 | Josh Sanford | Receive Client's file and open firm file | $500.00 | 0.1 | $50.00 | $325.00 | Case Management | 5 | Clerical | All claims abandoned in Second Amended Complaint Doc. 55. |
| 12/5/2017 | Josh Sanford | Examination of intra-office memo regarding: new case | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 6 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 12/7/2017 | Josh Sanford | Examination of intra-office memo regarding: new Plaintiff, complaint | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 9 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 12/7/2017 | Josh Sanford | Discussion of case status and directing case strategy to Attorney Chris Burks regarding: final steps before filing suit | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 10 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 12/8/2017 | Sean Short | Conference with Chris Burks regarding cover sheet and summons | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 12 | Clerical | All claims abandoned in Second Amended Complaint Doc. 55. |
| 12/8/2017 | Sean Short | Editing and revision of civil coversheet | $255.00 | 0.1 | $25.50 | $200.00 | Complaint/Summons/Service | 14 | Paralegal work | All claims abandoned in Second Amended Complaint Doc. 55. |
| 12/8/2017 | Sean Short | Preparation and drafting of Consents to Join for filing | $255.00 | 0.3 | $76.50 | $200.00 | Complaint/Summons/Service | 16 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 12/8/2017 | Josh Sanford | Examination of intra-office memo regarding: Client contact information | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 20 | Clerical | All claims abandoned in Second Amended Complaint Doc. 55. |
| 12/8/2017 | Josh Sanford | Telephone Conference(s) with Rebecca Matlock regarding: details of complaint | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 21 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 12/8/2017 | Josh Sanford | Editing and revision of complaint | $500.00 | 0.5 | $250.00 | $325.00 | Complaint/Summons/Service | 22 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 12/11/2017 | Josh Sanford | Examination of intra-office memo regarding: deadline for service | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 26 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 12/11/2017 | Josh Sanford | Examination of judge assignment | $500.00 | 0.1 | $50.00 | $325.00 | Case Management | 27 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 12/11/2017 | Josh Sanford | Examination of intra-office memo regarding: case events and deadlines | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 28 | | All claims abandoned in Second Amended Complaint Doc. 55. |

| Date | Timekeeper | Description | Rate | Hours | Amount | Adj. Rate | Category | # | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/2017 | Sean Short | Work on Client's file review file for issuance of summons | $255.00 | 0.2 | $51.00 | $200.00 | Complaint/Summons/Service | 29 | Paralegal work | All claims abandoned in Second Amended Complaint Doc. 55. |
| 12/13/2017 | Sean Short | Compose e-mail to Process Server regarding service of summons and complaint | $255.00 | 0.1 | $25.50 | $200.00 | Complaint/Summons/Service | 30 | Paralegal work | All claims abandoned in Second Amended Complaint Doc. 55. |
| 12/19/2017 | Sean Short | Receipt and review of returned proof of service; save to file | $255.00 | 0.1 | $25.50 | $200.00 | Complaint/Summons/Service | 34 | Clerical | All claims abandoned in Second Amended Complaint Doc. 55. |
| 12/20/2017 | Josh Sanford | Examination of Opposing Counsel email | $500.00 | 0.1 | $50.00 | $325.00 | Opposing Counsel Communica | 37 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 12/27/2017 | Josh Sanford | Examination of return of service, letter from server | $500.00 | 0.1 | $50.00 | $325.00 | Complaint/Summons/Service | 41 | Clerical | All claims abandoned in Second Amended Complaint Doc. 55. |
| 12/30/2017 | Josh Sanford | Telephone Conference(s) with Rebecca Matlock: 216 project | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 42 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 1/11/2018 | Law Clerk | Preparation and drafting of MCA documents including notices, Consents to Join, and Declarations | $110.00 | 3.5 | $385.00 | $110.00 | Conditional Certification | 44 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 1/11/2018 | Josh Sanford | Conference with Chris Burks: class Motion | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 45 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 1/23/2018 | Vanessa Kinney | Editing and revision of Declaration in support of Motion for conditional certification, proposed notice, consent and post card | $360.00 | 1.6 | $576.00 | $250.00 | Conditional Certification | 47 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 1/23/2018 | Josh Sanford | Examination of redrafts of 216 Declarations | $500.00 | 0.1 | $50.00 | $325.00 | Conditional Certification | 49 | Duplicative of 52 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 1/23/2018 | Josh Sanford | Telephone Conference(s) with Vanessa Kinney regarding: 216 edits | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 50 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 1/23/2018 | Josh Sanford | Editing and revision of 216 project | $500.00 | 0.6 | $300.00 | $325.00 | Conditional Certification | 52 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 1/24/2018 | Vanessa Kinney | Editing and revision of Motion for conditional Certification; draft Motion for approval of notice; email Josh Sanford and Chris Burks | $360.00 | 2.6 | $936.00 | $250.00 | Conditional Certification | 55 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 1/24/2018 | Josh Sanford | Telephone Conference(s) with Vanessa Kinney regarding: 216 Motion | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 58 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 1/25/2018 | Josh Sanford | Telephone Conference(s) with Opposing Counsel regarding: answer, 216 | $500.00 | 0.3 | $150.00 | $325.00 | Opposing Counsel Communica | 59 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 1/26/2018 | Sean Short | Conference with Chris Burks regarding Declarations for MCA | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 60 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 1/26/2018 | Sean Short | Editing and revision of Declarations for Motion for collective action | $255.00 | 0.2 | $51.00 | $200.00 | Conditional Certification | 61 | | All claims abandoned in Second Amended Complaint Doc. 55. |

| Date | Attorney | Description | Rate | Hours | Amount | Paralegal Rate | Category | # | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/26/2018 | Sean Short | Telephone Conference(s) between Attorney and Client PRIVILEGED INFORMATION | $255.00 | 0.2 | $51.00 | $200.00 | Client Communication | 62 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 1/26/2018 | Josh Sanford | Receive, read and prepare response to email(s) from Chris Burks: settlement strategy | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 63 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 1/29/2018 | Vanessa Kinney | Editing and revision of postcard regarding: identification of Court | $360.00 | 0.1 | $36.00 | $250.00 | Conditional Certification | 65 | Duplicative of 66 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 1/29/2018 | Vanessa Kinney | Editing and revision of postcard, and Declaration and electronic notice in support of Certification Motion; email Chris Burks and Josh Sanford | $360.00 | 0.2 | $72.00 | $250.00 | Conditional Certification | 66 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 1/29/2018 | Sean Short | Conference with Stacy Gibson regarding potential Plaintiff | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 68 | Excessive - Discussions about "potential plaintiff" are not actually about the case. | All claims abandoned in Second Amended Complaint Doc. 55. |
| 1/29/2018 | Josh Sanford | Examination of intra-office memo regarding: postcard | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 72 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 1/29/2018 | Josh Sanford | Editing and revision of postcard; email Vanessa Kinney and Chris Burks | $500.00 | 0.1 | $50.00 | $325.00 | Conditional Certification | 73 | Duplicative of 66 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 1/30/2018 | Josh Sanford | Examination of emails with Opposing Counsel | $500.00 | 0.1 | $50.00 | $325.00 | Opposing Counsel Communica | 76 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 1/30/2018 | Josh Sanford | Examination of intra-office memos regarding; joining case, next steps | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 77 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 1/31/2018 | Josh Sanford | Examination of intra-office memo regarding: call with Opposing Counsel | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 81 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 2/1/2018 | Josh Sanford | Discussion of case status and directing case strategy to Attorney Chris Burks and Stacy Gibson | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 86 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 2/6/2018 | Sean Short | Conference with Chris Burks regarding proof of service | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 93 | Clerical | All claims abandoned in Second Amended Complaint Doc. 55. |
| 2/9/2018 | Vanessa Kinney | Receipt and review of Defendant Motion to Dismiss; take notes; pull relevant portions of several of Defendants cases cited from Lexis | $360.00 | 0.7 | $252.00 | $250.00 | Motion to Dismiss | 95 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 2/9/2018 | Josh Sanford | Preparation and drafting of intra-office memo regarding: Response to Motion | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 96 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 2/9/2018 | Josh Sanford | Examination of Motion to Dismiss and Brief in Support | $500.00 | 0.4 | $200.00 | $325.00 | Motion to Dismiss | 97 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 2/10/2018 | Vanessa Kinney | Work on Client's file work on argument in Response to Defendant's Motion to dismiss | $360.00 | 3 | $1,080.00 | $250.00 | Motion to Dismiss | 98 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 2/10/2018 | Vanessa Kinney | Perform legal research as related to Client's case collective action allegations on rule 12(b)(6) Motion | $360.00 | 0.5 | $180.00 | $250.00 | Conditional Certification | 99 | Excessive--based on professed experience and expertise, should have this research from prior cases. | All claims abandoned in Second Amended Complaint Doc. 55. |

| Date | Attorney | Description | Rate | Hours | Total | Adj. Rate | Category | # | Note | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/10/2018 | Vanessa Kinney | Work on Client's file outline and set up standards for Response to Defendant's Motion to Dismiss | $360.00 | 0.9 | $324.00 | $250.00 | Motion to Dismiss | 100 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 2/11/2018 | Vanessa Kinney | Editing and revision of Response to Defendant's Motion to Dismiss | $360.00 | 3.5 | $1,260.00 | $250.00 | Motion to Dismiss | 101 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 2/12/2018 | Vanessa Kinney | Editing and revision of Response to Defendant's Motion to dismiss; research Discovery of facts in complaint | $360.00 | 2.2 | $792.00 | $250.00 | Motion to Dismiss | 102 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 2/12/2018 | Josh Sanford | Examination of referral to magistrate | $500.00 | 0.1 | $50.00 | $325.00 | Settlement Related | 104 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 2/12/2018 | Josh Sanford | Examination of order and Court advisory | $500.00 | 0.2 | $100.00 | $325.00 | Case Management | 105 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 2/12/2018 | Josh Sanford | Examination of intra-office memo regarding: case events and deadlines | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 106 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 2/13/2018 | Vanessa Kinney | Editing and revision of Response to Motion to Dismiss; email to Josh Sanford | $360.00 | 1.5 | $540.00 | $250.00 | Motion to Dismiss | 108 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 2/13/2018 | Josh Sanford | Receive, read and prepare response to email(s) from Chris Burks: call with Opposing Counsel, merits | $500.00 | 0.2 | $100.00 | $325.00 | In House Communication | 110 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 2/13/2018 | Josh Sanford | Editing and revision of Response to Motion to Dismiss | $500.00 | 1.25 | $625.00 | $325.00 | Motion to Dismiss | 112 | Duplicative of 108 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 2/13/2018 | Josh Sanford | Receive, read and prepare response to email(s) from Vanessa Kinney and Chris Burks | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 114 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 2/14/2018 | Josh Sanford | Discussion of case status and directing case strategy to Attorney Sean Short, Stacy Gibson Tess Bradford, Chris Burks, and Blake Hoyt (class) | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 122 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 2/16/2018 | Josh Sanford | Examination of intra-office memo regarding: next steps in case | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 125 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 2/26/2018 | Josh Sanford | Receive, read and prepare response to email(s) from Rebecca Matlock and Chris Burks: next steps | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 126 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 3/5/2018 | Josh Sanford | Examination of class documents | $500.00 | 0.1 | $50.00 | $325.00 | Conditional Certification | 128 | Vague | All claims abandoned in Second Amended Complaint Doc. 55. |
| 3/5/2018 | Josh Sanford | Discussion of case status and directing case strategy to Attorney Chris Burks and Sean Short: 216 Motion, Brief, etc | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 129 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 3/5/2018 | Josh Sanford | Receive, read and prepare response to email(s) from Chris Burks and Rebecca Matlock: next steps for class Motion | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 130 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 3/8/2018 | Josh Sanford | Work on Client's file intra-office memos regarding: class issues | $500.00 | 0.2 | $100.00 | $325.00 | In House Communication | 138 | | All claims abandoned in Second Amended Complaint Doc. 55. |

| Date | Person | Description | Rate | Hours | Amount | Adj Rate | Category | # | Note | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/12/2018 | Law Clerk | Editing and revision of Motions, consents, Declarations, exhibits, etc | $110.00 | 2.6 | $286.00 | $110.00 | Conditional Certification | 141 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 3/12/2018 | Josh Sanford | Editing and revision of 216 project | $500.00 | 0.8 | $400.00 | $325.00 | Conditional Certification | 142 | Duplicative of 52 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 4/10/2018 | Josh Sanford | Examination of email and scheduling recommendations from Opposing Counsel | $500.00 | 0.2 | $100.00 | $325.00 | Opposing Counsel Communication | 144 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 4/10/2018 | Josh Sanford | Examination of Notice of Appearance Stockley | $500.00 | 0.1 | $50.00 | $325.00 | Case Management | 145 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 4/12/2018 | Josh Sanford | Examination of filed, scheduling recommendations | $500.00 | 0.1 | $50.00 | $325.00 | Case Management | 147 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 4/12/2018 | Josh Sanford | Examination of Opposing Counsel email | $500.00 | 0.1 | $50.00 | $325.00 | Opposing Counsel Communication | 148 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 4/16/2018 | Josh Sanford | Examination of scheduling order | $500.00 | 0.1 | $50.00 | $325.00 | Case Management | 151 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/3/2018 | Sean Short | Editing and revision of Plaintiff Declarations | $255.00 | 0.3 | $76.50 | $200.00 | Conditional Certification | 164 | Duplicative of 61 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/3/2018 | Sean Short | Receipt and review of signed Declaration; email to Blake Hoyt | $255.00 | 0.1 | $25.50 | $200.00 | Conditional Certification | 165 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/3/2018 | Sean Short | Compose e-mail to Client regarding PRIVILEGED INFORMATION | $255.00 | 0.2 | $51.00 | $200.00 | Client Communication | 166 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/3/2018 | Josh Sanford | Editing and revision of 216 project | $500.00 | 0.8 | $400.00 | $325.00 | Conditional Certification | 167 | Duplicative of 52 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/3/2018 | Josh Sanford | Conference with Chris Burks and Blake Hoyt 216 Declaration | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 168 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/3/2018 | Josh Sanford | Editing and revision of 3 Declarations | $500.00 | 0.3 | $150.00 | $325.00 | Conditional Certification | 169 | Duplicative of 164 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/4/2018 | Josh Sanford | Receive, read and prepare response to email(s) from Blake Hoyt and Chris Burks: class Motion; conference with Chris Burks and Blake Hoyt | $500.00 | 0.2 | $100.00 | $325.00 | In House Communication | 183 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/7/2018 | Josh Sanford | Examination of intra-office memos regarding case events and deadlines | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 202 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/7/2018 | Josh Sanford | Examination of Aaron S. Consent to Join | $500.00 | 0.1 | $50.00 | $325.00 | Collective Management | 203 | Paralegal work | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/7/2018 | Josh Sanford | Conference with Blake Hoyt and Chris Burks: 216 Motion | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 205 | | All claims abandoned in Second Amended Complaint Doc. 55. |

| Date | Attorney | Description | Rate | Hours | Amount | | Category | Entry | Notes | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/7/2018 | Josh Sanford | Examination of Opposing Counsel email regarding: 216 Motion | $500.00 | 0.1 | $50.00 | $325.00 | Opposing Counsel Communication | 207 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/14/2018 | Josh Sanford | Preparation and drafting of intra-office memo regarding 216 replies | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 217 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/14/2018 | Josh Sanford | Examination of two Response from Defendant regarding 216 | $500.00 | 0.5 | $250.00 | $325.00 | Conditional Certification | 218 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/16/2018 | Josh Sanford | Examination of intra-office memos regarding; 216 reply | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 221 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/16/2018 | Josh Sanford | Chris Burks: briefing strategy, plan | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 223 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/18/2018 | Vanessa Kinney | Receipt and review of Response to Motion for notice and take notes for Response | $360.00 | 0.4 | $144.00 | $250.00 | Conditional Certification | 224 | Duplicative of 225 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/18/2018 | Vanessa Kinney | Receipt and review of Response to Motion for conditional Certification; take notes for reply; research personal attacks on Attorneys in pleading | $360.00 | 1.1 | $396.00 | $250.00 | Conditional Certification | 225 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/19/2018 | Vanessa Kinney | Work on Client's file work on Reply in Support of Motion for conditional Certification | $360.00 | 1.9 | $684.00 | $250.00 | Conditional Certification | 226 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/19/2018 | Josh Sanford | Editing and revision of reply for class Motion | $500.00 | 0.6 | $300.00 | $325.00 | Conditional Certification | 229 | Duplicative of 225 and 226 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/19/2018 | Josh Sanford | Receive, read and prepare response to email(s) from Chris Burks and Vanessa Kinney: reply for class Motion | $500.00 | 0.2 | $100.00 | $325.00 | In House Communication | 230 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/19/2018 | Josh Sanford | Telephone Conference(s) with Vanessa Kinney: reply for class Motion | $500.00 | 0.2 | $100.00 | $325.00 | In House Communication | 231 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/20/2018 | Vanessa Kinney | Work on Client's file work on Reply in Support of Motion for notice | $360.00 | 2.9 | $1,044.00 | $250.00 | Conditional Certification | 232 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 5/20/2018 | Josh Sanford | Editing and revision of class notice reply | $500.00 | 0.5 | $250.00 | $325.00 | Conditional Certification | 234 | Duplicative of 232 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/7/2018 | Sean Short | Receive, read and prepare response to email(s) from Chris Burks regarding ADR report | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 248 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/7/2018 | Josh Sanford | Examination of letter and Discovery to Opposing Counsel | $500.00 | 0.1 | $50.00 | $325.00 | Discovery Related | 250 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/7/2018 | Josh Sanford | Examination of emails with Opposing Counsel | $500.00 | 0.1 | $50.00 | $325.00 | Opposing Counsel Communication | 251 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/7/2018 | Josh Sanford | Editing and revision of Discovery to Opposing Counsel | $500.00 | 0.1 | $50.00 | $325.00 | Discovery Related | 252 | | All claims abandoned in Second Amended Complaint Doc. 55. |

| Date | Attorney | Description | Rate | Hours | Amount | Reduced | Category | # | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/8/2018 | Sean Short | Conference with Tess Bradford regarding damages calculations | $255.00 | 0.3 | $76.50 | $200.00 | In House Communication | 265 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/8/2018 | Sean Short | Editing and revision of Settlement Demand Letter | $255.00 | 0.3 | $76.50 | $200.00 | Settlement Related | 267 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/9/2018 | Josh Sanford | Examination of intra-office memo regarding: Next steps in case | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 275 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/10/2018 | Josh Sanford | Preparation and drafting of intra-office memo: Response to Motion to Dismiss | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 276 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/10/2018 | Josh Sanford | Examination of Motion to Dismiss and Brief in Support | $500.00 | 0.4 | $200.00 | $325.00 | Motion to Dismiss | 277 | Duplicative of 279 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/13/2018 | Vanessa Kinney | Perform legal research as related to Client's case issues raised by Defendant on Motion to Dismiss; review amended complaint; work on Response to Motion to Dismiss | $360.00 | 2.8 | $1,008.00 | $250.00 | Motion to Dismiss | 278 | Excessive--based on professed experience and expertise, should have this research from prior cases. | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/13/2018 | Vanessa Kinney | Receipt and review of Defendant Motion to Dismiss | $360.00 | 0.6 | $216.00 | $250.00 | Motion to Dismiss | 279 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/13/2018 | Josh Sanford | Examination of intra-office memo: Response to Motion to Dismiss | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 280 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/13/2018 | Josh Sanford | Examination of R&R | $500.00 | 0.2 | $100.00 | $325.00 | Motion to Dismiss | 281 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/13/2018 | Josh Sanford | Examination of Intra-office memo regarding case events and deadlines | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 282 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/14/2018 | Vanessa Kinney | Work on Client's file work on Response to Motion to Dismiss | $360.00 | 3.5 | $1,260.00 | $250.00 | Motion to Dismiss | 283 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/16/2018 | Vanessa Kinney | Editing and revision of Response to Motion to Dismiss | $360.00 | 4.1 | $1,476.00 | $250.00 | Motion to Dismiss | 285 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/17/2018 | Vanessa Kinney | Editing and revision of Response to Motion to Dismiss | $360.00 | 3.4 | $1,224.00 | $250.00 | Motion to Dismiss | 286 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/17/2018 | Josh Sanford | Examination of intra-office memos regarding: Court; clerk's notice | $500.00 | 0.2 | $100.00 | $325.00 | In House Communication | 287 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/19/2018 | Josh Sanford | Examination of intra-office memo: Response to Motion to Dismiss | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 289 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/22/2018 | Josh Sanford | Examination of email from Opposing Counsel | $500.00 | 0.1 | $50.00 | $325.00 | Opposing Counsel Communica | 295 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/24/2018 | Josh Sanford | Examination of Intra-office memo regarding case events and deadlines | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 297 | Duplicative of 282 | All claims abandoned in Second Amended Complaint Doc. 55. |

| Date | Attorney | Description | Rate | Hours | Amount | Rate2 | Category | # | Notes | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/24/2018 | Josh Sanford | Preparation for Hearing | $500.00 | 0.1 | $50.00 | $325.00 | Conditional Certification | 298 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/27/2018 | Josh Sanford | Examination of Intra-office memo regarding case events and deadlines | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 300 | Duplicative of 282, 297 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/28/2018 | Josh Sanford | Court Appearance, including travel time and waiting 216 arguments, with return travel | $500.00 | 6.5 | $3,250.00 | $325.00 | Conditional Certification | 304 | Travel time not segregated | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/28/2018 | Josh Sanford | Court Appearance, including travel time and waiting (travel to and preparation) | $500.00 | 4.2 | $2,100.00 | $325.00 | Conditional Certification | 305 | Travel time not segregated | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/28/2018 | Sean Short | Conference with Chris Burks regarding outcome of Motion for collective action Hearing | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 302 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/28/2018 | Josh Sanford | Examination of reply for Motion to Dismiss | $500.00 | 0.25 | $125.00 | $325.00 | Motion to Dismiss | 303 | Duplicative of 286 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 8/28/2018 | Josh Sanford | Examination of order | $500.00 | 0.1 | $50.00 | $325.00 | Conditional Certification | 306 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/4/2018 | Josh Sanford | Receive, read and prepare response to email(s) from Anna Stiritz and Chris Burks: scheduling Deposition | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 309 | Clerical | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/4/2018 | Josh Sanford | Receive, read and prepare response to email(s) from Opposing Counsel: scheduling Depositions | $500.00 | 0.1 | $50.00 | $325.00 | Opposing Counsel Communica | 310 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/6/2018 | Josh Sanford | Telephone Conference(s) with Anna Stiritz: Client calls | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 312 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/6/2018 | Josh Sanford | Receive, read and prepare response to email(s) from Opposing Counsel: Discovery Answers | $500.00 | 0.1 | $50.00 | $325.00 | Opposing Counsel Communica | 313 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/8/2018 | Josh Sanford | Examination of documents from Opposing Counsel | $500.00 | 0.25 | $125.00 | $325.00 | Discovery Related | 314 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/10/2018 | Sean Short | Conference with Josh Sanford and Chris Burks regarding Discovery production and 30(b)(6) notice | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 315 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/11/2018 | Sean Short | Conference with Josh Sanford and Chris Burks regarding case strategy | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 317 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/11/2018 | Sean Short | Compose e-mail to Anna Stiritz regarding Client pay stub | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 319 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/12/2018 | Sean Short | Conference with Chris Burks regarding Defendants ' Discovery Responses | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 321 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/12/2018 | Sean Short | Receipt and review of Defendant's repossess to Plaintiff's first set of Interrogatories and Requests for Production | $255.00 | 0.4 | $102.00 | $200.00 | Discovery Related | 322 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/12/2018 | Sean Short | Telephone Conference(s) with Anna Stiritz regarding case strategy | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 323 | | All claims abandoned in Second Amended Complaint Doc. 55. |

| Date | Timekeeper | Description | Rate | Hours | Amount | Reasonable Rate | Category | Entry # | Notes | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/12/2018 | Josh Sanford | Examination of documents from Opposing Counsel | $500.00 | 0.1 | $50.00 | $325.00 | Discovery Related | 324 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/13/2018 | Sean Short | Compose e-mail to Josh Sanford regarding Client's pay stub | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 327 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/13/2018 | Josh Sanford | Telephone Conference(s) with Chris Burks and Vanessa Kinney: 216 reconsideration | $500.00 | 0.25 | $125.00 | $325.00 | In House Communication | 329 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/14/2018 | Vanessa Kinney | Preparation and drafting of Motion for reconsideration of order on Motion for conditional Certification and research conditional Certification in instances where facts are disputed | $360.00 | 4.3 | $1,548.00 | $250.00 | Conditional Certification | 330 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/14/2018 | Vanessa Kinney | Receipt and review of pay stubs and Discovery Responses | $360.00 | 0.3 | $108.00 | $250.00 | Discovery Related | 331 | Duplicative of 322, 344 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/14/2018 | Josh Sanford | Telephone Conference(s) with Steve Rauls and Vanessa Kinney: Motion for reconsideration | $500.00 | 0.3 | $150.00 | $325.00 | In House Communication | 333 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/15/2018 | Vanessa Kinney | Receipt and review of possibility of using interrogatory Responses in support of Certification Motion | $360.00 | 0.1 | $36.00 | $250.00 | Conditional Certification | 334 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/15/2018 | Vanessa Kinney | Editing and revision of Motion for reconsideration | $360.00 | 1.8 | $648.00 | $250.00 | Conditional Certification | 335 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/16/2018 | Josh Sanford | Preparation and drafting of intra-office memo: Motion for reconsideration | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 336 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/16/2018 | Josh Sanford | Editing and revision of Motion for reconsideration | $500.00 | 0.9 | $450.00 | $325.00 | Conditional Certification | 337 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/16/2018 | Josh Sanford | Compose e-mail to Opposing Counsel: Motion for reconsideration | $500.00 | 0.1 | $50.00 | $325.00 | Opposing Counsel Communication | 338 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/17/2018 | Sean Short | Conference with Josh Sanford regarding Motion for reconsideration | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 342 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/17/2018 | Sean Short | Work on Client's file review Defendant's Discovery production for pay stub exhibits | $255.00 | 0.3 | $76.50 | $200.00 | Discovery Related | 344 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/17/2018 | Sean Short | Preparation and drafting of exhibits for Motion for reconsideration | $255.00 | 0.5 | $127.50 | $200.00 | Conditional Certification | 345 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/17/2018 | Sean Short | Preparation and drafting of Proposed Order for Motion for reconsideration | $255.00 | 0.2 | $51.00 | $200.00 | Conditional Certification | 346 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/17/2018 | Josh Sanford | Conference with Sean Short: redaction of exihibits | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 347 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/17/2018 | Josh Sanford | Telephone Conference(s) with Opposing Counsel: Motion, Depositions | $500.00 | 0.1 | $50.00 | $325.00 | Opposing Counsel Communication | 350 | | All claims abandoned in Second Amended Complaint Doc. 55. |

| Date | Attorney | Description | Rate | Hours | Amount | Adj. | Category | # | Notes | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/17/2018 | Josh Sanford | Conference with Daniel Ford and Chris Burks: Motion for reconsideration | $500.00 | 0.2 | $100.00 | $325.00 | In House Communication | 352 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/18/2018 | Sean Short | Conference with Josh Sanford regarding Deposition schedule | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 353 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/18/2018 | Josh Sanford | Receive, read and prepare response to email(s) from Opposing Counsel: Deposition locations | $500.00 | 0.1 | $50.00 | $325.00 | Opposing Counsel Communica | 354 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/18/2018 | Josh Sanford | Receive, read and prepare response to email(s) from Opposing Counsel: scheduling Depositions | $500.00 | 0.1 | $50.00 | $325.00 | Opposing Counsel Communica | 357 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/18/2018 | Josh Sanford | Conference with Chris Burks: scheduling depso | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 358 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/18/2018 | Josh Sanford | Telephone Conference(s) with Anna Stiritz: scheduling Depositions | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 359 | Duplicative of 358 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/18/2018 | Josh Sanford | Examination of Opposing Counsel email Depositions | $500.00 | 0.1 | $50.00 | $325.00 | Opposing Counsel Communica | 361 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/19/2018 | Josh Sanford | Examination of intra-office memo: Deposition attendance | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 363 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/19/2018 | Josh Sanford | Receive, read and prepare response to email(s) from Staff: Deposition travel; call regarding same | $500.00 | 0.2 | $100.00 | $325.00 | In House Communication | 364 | Clerical | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/19/2018 | Josh Sanford | Telephone Conference(s) with Anna Stiritz: scheduling Depositions | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 366 | Clerical | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/20/2018 | Josh Sanford | Work on Client's file Deposition preparation | $500.00 | 0.1 | $50.00 | $325.00 | Deposition Related | 369 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/20/2018 | Josh Sanford | Examination of Opposing Counsel email | $500.00 | 0.1 | $50.00 | $325.00 | Opposing Counsel Communica | 370 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/20/2018 | Josh Sanford | Conference with Sean Short: Depositions | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 371 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/24/2018 | Sean Short | Conference with Josh Sanford regarding 30(b)(6) Deposition | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 373 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/25/2018 | Vanessa Kinney | Preparation and drafting of Reply in Support of Motion for reconsideration | $360.00 | 1.7 | $612.00 | $250.00 | Conditional Certification | 374 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/25/2018 | Vanessa Kinney | Receipt and review of Response to Motion for reconsideration and take notes for reply | $360.00 | 0.6 | $216.00 | $250.00 | Conditional Certification | 375 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/26/2018 | Vanessa Kinney | Work on Client's file begin working on Deposition outline | $360.00 | 0.6 | $216.00 | $250.00 | Deposition Related | 377 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/26/2018 | Vanessa Kinney | Work on Client's file prepare 30(b)(6) Deposition notice | $360.00 | 1 | $360.00 | $250.00 | Deposition Related | 378 | | All claims abandoned in Second Amended Complaint Doc. 55. |

| Date | Timekeeper | Description | Rate | Hours | Amount | Adj. Rate | Category | # | Notes | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/26/2018 | Sean Short | Conference with Josh Sanford regarding Motion for leave to file reply and Proposed Order | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 381 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/26/2018 | Sean Short | Editing and revision of Motion for leave to file rpely | $255.00 | 0.1 | $25.50 | $200.00 | Conditional Certification | 382 | Duplicative of 383 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/26/2018 | Sean Short | Editing and revision of reply is support of Motion for reconsideration | $255.00 | 0.2 | $51.00 | $200.00 | Conditional Certification | 383 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/26/2018 | Sean Short | Preparation and drafting of Motion for leave to file reply and Proposed Order | $255.00 | 0.5 | $127.50 | $200.00 | Conditional Certification | 385 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/27/2018 | Vanessa Kinney | Editing and revision of notice of Deposition and email Josh Sanford | $360.00 | 0.2 | $72.00 | $250.00 | Deposition Related | 388 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/28/2018 | Sean Short | Editing and revision of 30(b)(6) notice | $255.00 | 0.2 | $51.00 | $200.00 | Deposition Related | 391 | Duplicative of 378 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/28/2018 | Sean Short | Compose e-mail to Josh Sanford regarding 30(b)(6) notice | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 392 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 9/28/2018 | Sean Short | Compose e-mail to Opposing Counsel regarding 30(b)(6) Deposition | $255.00 | 0.2 | $51.00 | $200.00 | Opposing Counsel Communica | 393 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/2/2018 | Sean Short | Receive, read and prepare response to email(s) from Staff regarding Deposition schedule | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 394 | Clerical | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/5/2018 | Sean Short | Conference with Josh Sanford regarding Notice of Deposition | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 395 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/5/2018 | Sean Short | Compose e-mail to Opposing Counsel regarding 30(b)(6) Deposition | $255.00 | 0.1 | $25.50 | $200.00 | Opposing Counsel Communica | 396 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/5/2018 | Josh Sanford | Work on Client's file travel for Depositions | $500.00 | 0.1 | $50.00 | $325.00 | Deposition Related | 398 | Travel time | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/5/2018 | Josh Sanford | Compose e-mail to chambers regarding Motion for reconsideration | $500.00 | 0.2 | $100.00 | $325.00 | Court Communication | 401 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/5/2018 | Josh Sanford | Telephone Conference(s) with chambers | $500.00 | 0.1 | $50.00 | $325.00 | Court Communication | 402 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/5/2018 | Josh Sanford | Telephone Conference(s) with Staff: Depositions and travel | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 403 | Clerical | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/7/2018 | Josh Sanford | Examination of intra-office memo: Depositions, scheduling | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 405 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/9/2018 | Sean Short | Conference with Chris Burks regarding Depositions | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 406 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/9/2018 | Sean Short | Telephone Conference(s) between Attorney and Client case status | $255.00 | 0.2 | $51.00 | $200.00 | Client Communication | 407 | | All claims abandoned in Second Amended Complaint Doc. 55. |

| Date | Attorney | Description | Rate | Hours | Amount | Rate2 | Category | # | Note | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/9/2018 | Josh Sanford | Preparation for Hearing; Deposition preparation | $500.00 | 0.1 | $50.00 | $325.00 | Deposition Related | 408 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/9/2018 | Josh Sanford | Examination of order; filed reply | $500.00 | 0.1 | $50.00 | $325.00 | Conditional Certification | 410 | Clerical | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/9/2018 | Josh Sanford | Discussion of case status and directing case strategy to Attorney Chris Burks | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 411 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/10/2018 | Sean Short | Conference with Josh Sanford regarding Depositions | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 414 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/10/2018 | Sean Short | Telephone Conference(s) with Anna Stiritz regarding scheduling Depositions | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 416 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/10/2018 | Sean Short | Telephone Conference(s) with Staff regarding scheduling Deposition | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 417 | Clerical | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/10/2018 | Sean Short | Telephone Conference(s) between Attorney and Client Staff regarding scheduling Depositions | $255.00 | 0.1 | $25.50 | $200.00 | Client Communication | 418 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/10/2018 | Sean Short | Telephone Conference(s) between Attorney and Client case status | $255.00 | 0.2 | $51.00 | $200.00 | Client Communication | 419 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/10/2018 | Josh Sanford | Examination of intra-office memo: contact with Court Reporter | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 422 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/10/2018 | Josh Sanford | Receive, read and prepare response to email(s) from Staff: travel arrangements | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 423 | Clerical | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/10/2018 | Josh Sanford | Receive, read and prepare response to email(s) from Opposing Counsel and Staff: details of Depositions | $500.00 | 0.1 | $50.00 | $325.00 | Opposing Counsel Communica | 424 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/11/2018 | Sean Short | Conference with Josh Sanford regarding case strategy | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 428 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/11/2018 | Sean Short | Receive, read and prepare response to email(s) from Josh Sanford regarding Notice of Deposition | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 429 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/11/2018 | Sean Short | Telephone Conference(s) between Attorney and Client case status | $255.00 | 0.3 | $76.50 | $200.00 | Client Communication | 430 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/11/2018 | Josh Sanford | Receive, read and prepare response to email(s) from Certified Court Reporter | $500.00 | 0.1 | $50.00 | $325.00 | Deposition Related | 431 | Paralegal work | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/11/2018 | Josh Sanford | Receive, read and prepare response to email(s) from Opposing Counsel: Depositions | $500.00 | 0.1 | $50.00 | $325.00 | Opposing Counsel Communica | 433 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/12/2018 | Sean Short | Compose e-mail to Anna Stiritz regarding Deposition | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 437 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/12/2018 | Sean Short | Telephone Conference(s) between Attorney and Client Anna Stiritz regarding Deposition scheduling | $255.00 | 0.2 | $51.00 | $200.00 | Client Communication | 438 | | All claims abandoned in Second Amended Complaint Doc. 55. |

| Date | Timekeeper | Description | Rate | Hours | Total | Reduced Rate | Category | Entry # | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/2018 | Sean Short | Conference with Josh Sanford regarding Client Depositions | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 440 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/15/2018 | Sean Short | Conference with Chris Burks regarding Deposition outline | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 441 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/15/2018 | Sean Short | Conference with Vanessa Kinney regarding 30(b)(6) Deposition outline | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 442 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/15/2018 | Sean Short | Preparation and drafting of Deposition outline | $255.00 | 1.5 | $382.50 | $200.00 | Deposition Related | 443 | Duplicative of 448 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/15/2018 | Josh Sanford | Examination of Certified Court Reporter email | $500.00 | 0.1 | $50.00 | $325.00 | Deposition Related | 447 | Paralegal work | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/16/2018 | Vanessa Kinney | Work on Client's file work on Deposition outline for 30(b)(6) deponent | $360.00 | 4.2 | $1,512.00 | $250.00 | Deposition Related | 448 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/16/2018 | Sean Short | Conference with Chris Burks regarding case strategy | $255.00 | 0.2 | $51.00 | $200.00 | In House Communication | 449 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/16/2018 | Sean Short | Deposition of travel to Corpus Christi for Deposition of Plaintiffs and 30(b)(6) representative | $255.00 | 5.5 | $1,402.50 | $200.00 | Deposition Related | 450 | Travel time | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/16/2018 | Sean Short | Preparation and drafting of exhibits and outline for Deposition | $255.00 | 0.8 | $204.00 | $200.00 | Deposition Related | 451 | Duplicative of 448 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/16/2018 | Josh Sanford | Deposition of travel to | $500.00 | 6.2 | $3,100.00 | $325.00 | Deposition Related | 454 | Duplicative of 450; Travel time | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/16/2018 | Josh Sanford | Conference with Chris Burks: Depositions preparation, Discovery | $500.00 | 0.1 | $50.00 | $325.00 | In House Communication | 455 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/17/2018 | Sean Short | Deposition of Juan Segovia, Victor Flores, and Aaron Segovia | $255.00 | 8 | $2,040.00 | $200.00 | Deposition Related | 460 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/17/2018 | Sean Short | Editing and revision of Second Amended Complaint | $255.00 | 1.1 | $280.50 | $200.00 | Complaint/Summons/Service | 461 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/17/2018 | Sean Short | Telephone Conference(s) between Attorney and Client case status | $255.00 | 0.7 | $178.50 | $200.00 | Client Communication | 462 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/17/2018 | Josh Sanford | Deposition of 3 Depositions from Plaintiffs | $500.00 | 7.2 | $3,600.00 | $325.00 | Deposition Related | 463 | Duplicative of 460 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/17/2018 | Josh Sanford | Attorney Conference with Client: Deposition preparation | $500.00 | 1.2 | $600.00 | $325.00 | Client Communication | 464 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/17/2018 | Josh Sanford | Conference with Sean Short: Deposition preparation | $500.00 | 0.6 | $300.00 | $325.00 | In House Communication | 465 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/18/2018 | Sean Short | Deposition of 30(b)(6) Representation; travel from Corpus to Little Rock | $255.00 | 8.5 | $2,167.50 | $200.00 | Deposition Related | 467 | Travel time | All claims abandoned in Second Amended Complaint Doc. 55. |

| Date | Timekeeper | Description | Rate | Hours | Total | Adj. Rate | Category | Entry # | Notes | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/2018 | Josh Sanford | Deposition: travel home | $500.00 | 6.2 | $3,100.00 | $325.00 | Deposition Related | 468 | Duplicative of 467; Travel time | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/18/2018 | Josh Sanford | Deposition of 30(b)(6), with local travel | $500.00 | 2.5 | $1,250.00 | $325.00 | Deposition Related | 469 | Duplicative of 460, 463 | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/18/2018 | Josh Sanford | Work on Client's file Deposition preparation | $500.00 | 1.25 | $625.00 | $325.00 | Deposition Related | 470 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 10/19/2018 | Sean Short | Compose e-mail to Staff regarding Deposition transcript and expenses | $255.00 | 0.1 | $25.50 | $200.00 | In House Communication | 473 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| 11/7/2018 | Sean Short | Receipt and review of Client's Deposition transcripts | $255.00 | 0.1 | $25.50 | $200.00 | Deposition Related | 531 | | All claims abandoned in Second Amended Complaint Doc. 55. |
| | | | | 150.45 | $56,826.50 | | | | | |