| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Unsuccessful | Reduced Hours for Abandoned & Unsuccesful | Reasonable Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/26/2018 | Vanessa Kinney | Work on Client's file work on Reply in Support of Motion for conditional Certification; research adequacy of Representation in FLSA collective actions | $360.00 | 2.3 | $828.00 | Conditional Certification | 606 | Excessive--based on professed experience and expertise, should have this research from prior cases. | | 2.30 | 0.00 |
| 11/26/2018 | Vanessa Kinney | Perform legal research as related to Client's case Defendant Requests to postpone Certification to file Motion for Summary Judgment | $360.00 | 0.4 | $144.00 | Conditional Certification | 607 | (1) Excessive--based on professed experience and expertise, should have this research from prior cases; (2) Vague re: purpose of research | | 0.40 | 0.00 |
| 1/12/2019 | Vanessa Kinney | Perform legal research as related to Client's case search and review regulations cited by Defendant; set up Response to Motion for Summary Judgment documents | $360.00 | 0.3 | $108.00 | Second Summary Judgment | 688 | Excessive--based on professed experience and expertise, should have this research from prior cases. | 75% unsuccessful per summary judgment ruling Doc. 158. | 0.08 | 0.00 |
| 1/13/2019 | Vanessa Kinney | Work on Client's file add work" legal standards to Summary Judgment Response Brief" | $360.00 | 1.6 | $576.00 | Second Summary Judgment | 691 | Excessive--based on professed experience and expertise, should have this research from prior cases. | 75% unsuccessful per summary judgment ruling Doc. 158. | 0.40 | 0.00 |
| 1/13/2019 | Vanessa Kinney | Perform legal research as related to Client's case preliminary/postliminary work, standby time and drive time and add standard of review for Summary Judgment to Response Brief | $360.00 | 2 | $720.00 | Second Summary Judgment | 692 | Excessive--based on professed experience and expertise, should have this research from prior cases. | 75% unsuccessful per summary judgment ruling Doc. 158. | 0.50 | 0.00 |
| 1/18/2019 | Vanessa Kinney | Preparation and drafting of form Client Declaration in support of Response to Motion for Summary Judgment and search bonus pay regulations | $360.00 | 1.2 | $432.00 | Second Summary Judgment | 702 | Excessive--based on professed experience and expertise, should have this research from prior cases. | 75% unsuccessful per summary judgment ruling Doc. 158. | 0.30 | 0.00 |
| 4/30/2019 | Sean Short | Conference with Michael Stiritz regarding potential opt-in Plaintiffs | $255.00 | 0.1 | $25.50 | In House Communication | 888 | Excessive - Discussions about "potential plaintiff" are not actually about the case. | | 0.10 | 0.00 |
| 4/30/2019 | Sean Short | Conference with Michael Stiritz regarding potential opt-in Plaintiffs | $255.00 | 0.1 | $25.50 | In House Communication | 922 | Excessive - Discussions about "potential opt-ins" are not actually about the case. | | 0.10 | 0.00 |
| 5/30/2019 | Vanessa Kinney | go through discovery, noting specific issues and responses to objections; Research objections; set up good faith letter to defendant | $360.00 | 2.9 | $1,044.00 | Discovery Related | 1079 | Excessive--based on professed experience and expertise, should have this research from prior cases. | | 2.90 | 0.00 |
| 4/17/2020 | Sean Short | Preparation and drafting of Plaintiffs' responses to discovery. | $255.00 | 1.7 | $433.50 | Discovery Related | 1710 | Excessive-Plaintiffs' objections were identical, and actual responses were largely identical. Was paralegal work, at most, to paste in repetive responses. | | 1.70 | 0.00 |
| 4/20/2020 | Sean Short | Preparation and drafting of Plaintiffs' responses to discovery. | $255.00 | 1.5 | $382.50 | Discovery Related | 1720 | Excessive-Plaintiffs' objections were identical, and actual responses were largely identical. Was paralegal work, at most, to paste in repetive responses. | | 1.50 | 0.00 |
| 4/21/2020 | Sean Short | Preparation and drafting of Plaintiffs' responses to discovery. | $255.00 | 2.3 | $586.50 | Discovery Related | 1751 | Excessive-Plaintiffs' objections were identical, and actual responses were largely identical. Was paralegal work, at most, to paste in repetive responses. | | 2.30 | 0.00 |

| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Unsuccessful | Reduced Hours for Abandoned & Unsuccesful | Reasonable Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/21/2020 | Sean Short | Preparation and drafting of Plaintiffs' responses to discovery. | $255.00 | 1.1 | $280.50 | Discovery Related | 1752 | Excessive-Plaintiffs' objections were identical, and actual responses were largely identical. Was paralegal work, at most, to paste in repetive responses. | | 1.10 | 0.00 |
| 4/23/2020 | Sean Short | Preparation and drafting of Plaintiffs' responses to discovery. | $255.00 | 0.4 | $102.00 | Discovery Related | 1776 | Excessive-Plaintiffs' objections were identical, and actual responses were largely identical. Was paralegal work, at most, to paste in repetive responses. | | 0.40 | 0.00 |
| 4/28/2020 | Sean Short | Preparation and drafting of Plaintiffs' responses to discovery. | $255.00 | 0.3 | $76.50 | Discovery Related | 1808 | Excessive-Plaintiffs' objections were identical, and actual responses were largely identical. Was paralegal work, at most, to paste in repetive responses. | | 0.30 | 0.00 |
| 4/28/2020 | Sean Short | Editing and revision of Plaintiffs' responses to discovery. | $255.00 | 0.2 | $51.00 | Discovery Related | 1811 | Excessive-Plaintiffs' objections were identical, and actual responses were largely identical. Was paralegal work, at most, to paste in repetive responses. | | 0.20 | 0.00 |
| 4/29/2020 | Sean Short | Preparation and drafting of Plaintiffs' responses to discovery. | $255.00 | 0.2 | $51.00 | Discovery Related | 1826 | Excessive-Plaintiffs' objections were identical, and actual responses were largely identical. Was paralegal work, at most, to paste in repetive responses. | | 0.20 | 0.00 |
| 4/29/2020 | Sean Short | Preparation and drafting of Plaintiffs' responses to discovery. | $255.00 | 0.2 | $51.00 | Discovery Related | 1827 | Excessive-Plaintiffs' objections were identical, and actual responses were largely identical. Was paralegal work, at most, to paste in repetive responses. | | 0.20 | 0.00 |
| 4/30/2020 | Sean Short | Preparation and drafting of Plaintiffs responses to discovery. | $255.00 | 0.2 | $51.00 | Discovery Related | 1828 | Excessive-Plaintiffs' objections were identical, and actual responses were largely identical. Was paralegal work, at most, to paste in repetive responses. | | 0.20 | 0.00 |
| 5/5/2020 | Sean Short | Preparation and drafting of Plaintiffs' responses to discovery. | $255.00 | 0.3 | $76.50 | Discovery Related | 1845 | Excessive-Plaintiffs' objections were identical, and actual responses were largely identical. Was paralegal work, at most, to paste in repetive responses. | | 0.30 | 0.00 |
| 5/21/2020 | Sean Short | Preparation and drafting of Plaintiffs' responses to discovery. | $255.00 | 1.1 | $280.50 | Discovery Related | 1886 | Excessive-Plaintiffs' objections were identical, and actual responses were largely identical. Was paralegal work, at most, to paste in repetive responses. | | 1.10 | 0.00 |

| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Unsuccessful | Reduced Hours for Abandoned & Unsuccesful | Reasonable Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/22/2020 | Sean Short | Preparation and drafting of Plaintiffs responses to discovery. | $255.00 | 1.6 | $408.00 | Discovery Related | 1907 | Excessive-Plaintiffs' objections were identical, and actual responses were largely identical. Was paralegal work, at most, to paste in repetive responses. | | 1.60 | 0.00 |
| 5/26/2020 | Sean Short | Preparation and drafting of Plaintiff's responses to discovery. | $255.00 | 1.8 | $459.00 | Discovery Related | 1926 | Excessive-Plaintiffs' objections were identical, and actual responses were largely identical. Was paralegal work, at most, to paste in repetive responses. | | 1.80 | 0.00 |
| 6/18/2020 | Sean Short | Preparation and drafting of Plaintiff's responses to discovery. | $255.00 | 0.4 | $102.00 | Discovery Related | 2041 | Excessive-Plaintiffs' objections were identical, and actual responses were largely identical. Was paralegal work, at most, to paste in repetive responses. | | 0.40 | 0.00 |
| 6/19/2020 | Sean Short | Preparation and drafting of Plaintiff's responses to discovery. | $255.00 | 0.3 | $76.50 | Discovery Related | 2059 | Excessive-Plaintiffs' objections were identical, and actual responses were largely identical. Was paralegal work, at most, to paste in repetive responses. | | 0.30 | 0.00 |
| 7/16/2020 | Sean Short | Deposition of Valarie Valderama (travel from Little Rock to Corpus Christi) | $255.00 | 5.5 | $1,402.50 | Deposition Related | 2279 | Excessive - Plaintiff failed to appear | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.55 | 0.00 |
| 7/17/2020 | Sean Short | Deposition of Valerie Valderama (return travel from Corpus Christi to Little Rock). | $255.00 | 7 | $1,785.00 | Deposition Related | 2286 | Excessive - Plaintiff failed to appear | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.70 | 0.00 |
| 12/23/2020 | Vanessa Kinney | Perform legal research regarding conditional certification standards and representative evidence in Texas; work on response to motion for decertification | $360.00 | 4.2 | $1,512.00 | Decertification | 2587 | Excessive--based on professed experience and expertise, should have this research from prior cases. | | 4.20 | 0.00 |
| 12/26/2020 | Vanessa Kinney | Work on Client's file: work on standard of review for decertification motion and review Hearon deposition transcript | $360.00 | 3.7 | $1,332.00 | Decertification | 2589 | Excessive--based on professed experience and expertise, should have this research from prior cases. | | 3.70 | 0.00 |
| 1/7/2021 | Vanessa Kinney | Perform legal research regarding decertification issues and work on decertification response | $360.00 | 4.1 | $1,476.00 | Decertification | 2618 | Excessive--based on professed experience and expertise, should have this research from prior cases. | | 4.10 | 0.00 |
| 7/8/2021 | Sean Short | Examination of motion to withdraw as attorney. | $255.00 | 0.1 | $25.50 | Case Management | 2852 | Excessive--Defendant should not pay for attorney to withdraw | | 0.10 | 0.00 |
| 9/12/2021 | Vanessa Kinney | Perform legal research regarding pre-trip and post-trip activities and spot-check timecards for plaintiffs | $360.00 | 3.5 | $1,260.00 | Summary Judgments | 2939 | Excessive--based on professed experience and expertise, should have this research from prior cases. | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.35 | 0.00 |
| 9/16/2021 | Vanessa Kinney | Perform legal research regarding ECFA and "agreement" issues | $360.00 | 0.8 | $288.00 | Summary Judgments | 2977 | Excessive--based on professed experience and expertise, should have this research from prior cases. | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.08 | 0.00 |

Exhibit 4 - Segovia Excessive Time

| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Unsuccessful | Reduced Hours for Abandoned & Unsuccesful | Reasonable Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2/2021 | Vanessa Kinney | Perform legal research regarding loading and other pre-trip activities as compensable work; work on response to summary judgment motion (139) | $360.00 | 3.4 | $1,224.00 | Summary Judgments | 3019 | Excessive--based on professed experience and expertise, should have this research from prior cases. | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.34 | 0.00 |
| 10/7/2021 | Vanessa Kinney | Work on Client's file: review additional cases on pre and post-trip activities for summary judgment responses; make notes for client calls | $360.00 | 1.5 | $540.00 | Summary Judgments | 3037 | Excessive--based on professed experience and expertise, should have this research from prior cases. | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.15 | 0.00 |
| 10/3/2022 | Sean Short | Examination of draft motion to withdraw MQ. | $255.00 | 0.1 | $25.50 | Case Management | 3652 | Excessive--Defendant should not pay for attorney to withdraw | | 0.10 | 0.00 |
| 2/14/2023 | Vanessa Kinney | Work on Client's file: make preliminary reductions to billing spreadsheet | $360.00 | 0.5 | $180.00 | Fee Petition | 3918 | Excessive to seek fees for time spent on eliminating fees that are not being, and should not be, sought. | | 0.50 | 0.00 |
| 2/15/2023 | Vanessa Kinney | Work on Client's file: check local rules to ensure compliance on fee petition | $360.00 | 0.1 | $36.00 | Fee Petition | 3921 | Excessive--based on professed experience and expertise, should have this research from prior cases. | | 0.10 | 0.00 |
| 2/15/2023 | Vanessa Kinney | Work on Client's file: download costs invoice for Hill and Segovia cases and review entries; legal research re: recoverable costs in FLSA case | $360.00 | 1.2 | $432.00 | Fee Petition | 3922 | Excessive--based on professed experience and expertise, should have this research from prior cases. | | 1.20 | 0.00 |
| 2/15/2023 | Vanessa Kinney | Work on Client's file: work with billing data, make reductions | $360.00 | 0.8 | $288.00 | Fee Petition | 3923 | Excessive to seek fees for time spent on eliminating fees that are not being, and should not be, sought. | | 0.80 | 0.00 |
| 2/15/2023 | Vanessa Kinney | Work on Client's file: add categories to remaining billing entries per conversation with SS; make line-item reductions, including to in-house communication category | $360.00 | 3.2 | $1,152.00 | Fee Petition | 3925 | Excessive to seek fees for time spent on eliminating fees that are not being, and should not be, sought. | | 3.20 | 0.00 |
| | | | | 64.2 | $20,329.50 | | | | | 40.85 | 0.00 |