Exhibit 5 - Segovia Duplicative Time

| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Unsuccessful | Reduced Hours for Abandoned & Unsuccesful | Reasonable Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/23/2018 | Sean Short | Editing and revision of Second Amended Complaint, Motion for leave to file Second Amended Complaint, amended scheduling order and Proposed Order | $255.00 | 0.5 | $127.50 | Complaint/Summons/Service | 485 | Duplicative of 461 and 484 | | 0.50 | 0.00 |
| 10/23/2018 | Sean Short | Editing and revision of Second Amended Complaint | $255.00 | 0.5 | $127.50 | Complaint/Summons/Service | 484 | Duplicative of 461 | | 0.50 | 0.00 |
| 10/23/2018 | Josh Sanford | Examination of revised Second Amended Complaint | $500.00 | 0.25 | $125.00 | Complaint/Summons/Service | 493 | Duplicative of 461 | | 0.25 | 0.00 |
| 10/23/2018 | Josh Sanford | Editing and revision of Motion, two order, Second Amended Complaint | $500.00 | 0.6 | $300.00 | Complaint/Summons/Service | 495 | Duplicative of 461, 488, 485 | | 0.60 | 0.00 |
| 11/12/2018 | Vanessa Kinney | Editing and revision of Certification Motion | $360.00 | 0.6 | $216.00 | Conditional Certification | 552 | Duplicative of 550 | | 0.60 | 0.00 |
| 11/13/2018 | Sean Short | Editing and revision of Declaration for renewed Motion for collective aciton | $255.00 | 0.1 | $25.50 | Conditional Certification | 565 | Duplicative of 564 | | 0.10 | 0.00 |
| 11/13/2018 | Josh Sanford | Editing and revision of Declaration | $500.00 | 0.1 | $50.00 | Conditional Certification | 572 | Duplicative of 564 | | 0.10 | 0.00 |
| 11/15/2018 | Sean Short | Editing and revision of renewed Motion for collective action and renewed Motion for notice | $255.00 | 0.8 | $204.00 | Conditional Certification | 587 | Duplicative of 590 | | 0.80 | 0.00 |
| 11/15/2018 | Sean Short | Editing and revision of renewed Motion for collective action and renewed Motion for notice | $255.00 | 0.5 | $127.50 | Conditional Certification | 588 | Duplicative of 590 | | 0.50 | 0.00 |
| 12/3/2018 | Josh Sanford | Examination of text order | $500.00 | 0.1 | $50.00 | Case Management | 632 | Duplicative of 638 | | 0.10 | 0.00 |
| 12/10/2018 | Vanessa Kinney | Receipt and review of Summary Judgment Motion | $360.00 | 0.6 | $216.00 | First Summary Judgment | 652 | Duplicative of 649 | | 0.60 | 0.00 |
| 3/29/2019 | Josh Sanford | Examination of email to Opposing Counsel | $500.00 | 0.1 | $50.00 | Opposing Counsel Communicat | 775 | Duplicative of 773 | | 0.10 | 0.00 |
| 4/4/2019 | Merideth Q. McEnti | Preparation for Hearing in by reviewing recent pleadings | $360.00 | 0.5 | $180.00 | Conditional Certification | 801 | Duplicative of 796 | | 0.50 | 0.00 |
| 4/5/2019 | Josh Sanford | Examination of order | $500.00 | 0.2 | $100.00 | Conditional Certification | 810 | Duplicative of 805 | | 0.20 | 0.00 |
| 4/5/2019 | Merideth Q. McEnti | Editing and revision of Consent and Notice provided by opposing counsel with Judge Bermorad's corrections included | $360.00 | 0.5 | $180.00 | Collective Management | 818 | Duplicative of 737 | | 0.50 | 0.00 |
| 4/8/2019 | Josh Sanford | Examination of revised notice from Court | $500.00 | 0.2 | $100.00 | Conditional Certification | 821 | Duplicative of 809 | | 0.20 | 0.00 |
| 4/11/2019 | Josh Sanford | Examination of email to Opposing Counsel regarding C. Collins | $500.00 | 0.1 | $50.00 | Opposing Counsel Communicat | 844 | Duplicative of 843 | | 0.10 | 0.00 |
| 4/15/2019 | Sean Short | Receipt and review of edits to notice and consent | $255.00 | 0.2 | $51.00 | Collective Management | 852 | Duplicative of 737, 818 | | 0.20 | 0.00 |
| 4/17/2019 | Sean Short | Work on Client's file regarding Notice and Consent forms for class mailing. | $255.00 | 0.2 | $51.00 | Collective Management | 857 | Duplicative of 737, 818, 852 Vauge | | 0.20 | 0.00 |
| 4/18/2019 | Josh Sanford | Editing and revision of consent form | $500.00 | 0.1 | $50.00 | Collective Management | 862 | Duplicative of 737, 818, 852, 857 | | 0.10 | 0.00 |
| 4/30/2019 | Sean Short | Preparation and drafting of consent to join. | $255.00 | 0.2 | $51.00 | Collective Management | 905 | Duplicative of 737, 818, 852, 857 | | 0.20 | 0.00 |
| 4/30/2019 | Sean Short | Preparation and drafting of Consents to Join. | $255.00 | 0.3 | $76.50 | Collective Management | 906 | Duplicative of 905 | | 0.30 | 0.00 |
| 5/1/2019 | Sean Short | Preparation and drafting of consents to join. | $255.00 | 0.3 | $76.50 | Collective Management | 947 | Duplicative of 737, 818, 852, 857, 905 | | 0.30 | 0.00 |
| 5/2/2019 | Sean Short | Preparation and drafting of consent to join. | $255.00 | 0.1 | $25.50 | Collective Management | 959 | Duplicative of 737, 818, 852, 857, 905, 947 | | 0.10 | 0.00 |
| 5/3/2019 | Sean Short | Preparation and drafting of consent to join. | $255.00 | 0.1 | $25.50 | Collective Management | 971 | Duplicative of 737, 818, 852, 857, 905, 947, 959 | | 0.10 | 0.00 |
| 5/7/2019 | Sean Short | Receipt and review of signed consent to join; prepare for filing. | $255.00 | 0.1 | $25.50 | Collective Management | 1000 | Duplicative of 971 | | 0.10 | 0.00 |
| 5/13/2019 | Sean Short | Receipt and review of signed consents to join; prepare for filing. | $255.00 | 0.1 | $25.50 | Collective Management | 1010 | Duplicative of 1000 | | 0.10 | 0.00 |
| 5/31/2019 | Sean Short | Editing and revision of Plaintiff's first set of ROGs and RFPs. | $255.00 | 0.2 | $51.00 | Discovery Related | 1101 | Duplicative of 1081, 1085 | | 0.20 | 0.00 |
| 5/31/2019 | Sean Short | Editing and revision of Plaintiffs' Second Set of Discovery. | $255.00 | 0.2 | $51.00 | Discovery Related | 1103 | Duplicative of 1081, 1085 | | 0.20 | 0.00 |

Exhibit 5 - Segovia Duplicative Time

| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Unsuccessful | Reduced Hours for Abandoned & Unsuccessful | Reasonable Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/4/2019 | Vanessa Kinney | Editing and revision of Good faith discovery Letter and email to Sean Short | $360.00 | 0.2 | $72.00 | Discovery Related | 1112 | Duplicative of 1102 | | 0.20 | 0.00 |
| 6/5/2019 | Sean Short | Preparation and drafting of consent to join. | $255.00 | 0.1 | $25.50 | Collective Management | 1117 | Duplicative of 1010 | | 0.10 | 0.00 |
| 6/5/2019 | Sean Short | Editing and revision of good faith letter. | $255.00 | 0.3 | $76.50 | Discovery Related | 1120 | Duplicative of 1102, 1112 | | 0.30 | 0.00 |
| 6/7/2019 | Sean Short | Editing and revision of good faith letter. | $255.00 | 0.5 | $127.50 | Discovery Related | 1142 | Duplicative of 1102, 1112, 1120 | | 0.50 | 0.00 |
| 6/19/2019 | Josh Sanford | Receive, read and prepare response to email(s) from OC: form/contact of notice | $500.00 | 0.1 | $50.00 | Opposing Counsel Communicat | 1184 | Duplicative of 1189 | | 0.10 | 0.00 |
| 6/20/2019 | Sean Short | Editing and revision of proposed order for second class notice. | $255.00 | 0.2 | $51.00 | Collective Management | 1187 | Duplicative of 1188 | | 0.20 | 0.00 |
| 6/21/2019 | Sean Short | Editing and revision of proposed order regarding notice. | $255.00 | 0.2 | $51.00 | Collective Management | 1201 | Duplicative of 1188 | | 0.20 | 0.00 |
| 6/24/2019 | Josh Sanford | Examination of order | $500.00 | 0.1 | $50.00 | Collective Management | 1209 | Duplicative of 1215 | | 0.10 | 0.00 |
| 7/1/2019 | Josh Sanford | Receive, read and prepare response to email(s) from chambers and OC: phone conference | $500.00 | 0.2 | $100.00 | Court Communication | 1232 | Duplicative of 1229 | | 0.20 | 0.00 |
| 7/3/2019 | Merideth Q. McEnti | Telephone Conference(s) with Judge Bemporad, JS, SS, and OC Craig Stokely regarding proof of undeliverable mail | $360.00 | 0.3 | $108.00 | Court Communication | 1253 | Duplicative of 1251 | | 0.30 | 0.00 |
| 8/16/2019 | Josh Sanford | Preparation for Hearing with MQ and SS | $500.00 | 0.3 | $150.00 | Case Management | 1391 | Duplicative of of 1400 | | 0.30 | 0.00 |
| 8/20/2019 | Josh Sanford | Examination of scheduling order | $500.00 | 0.1 | $50.00 | Case Management | 1405 | Duplicative of 1408 | | 0.10 | 0.00 |
| 8/22/2019 | Josh Sanford | Examination of order reassigning case | $500.00 | 0.1 | $50.00 | Case Management | 1411 | Duplicative of 1413 | | 0.10 | 0.00 |
| 10/18/2019 | Josh Sanford | Examination of discovery answers | $500.00 | 0.1 | $50.00 | Discovery Related | 1435 | Duplicative of 1436 | | 0.10 | 0.00 |
| 2/19/2020 | Josh Sanford | Work on Client's file: case strategy, after rev of file | $500.00 | 0.1 | $50.00 | Case Management | 1486 | Duplicative of 1411, 1413 | | 0.10 | 0.00 |
| 4/22/2020 | Josh Sanford | Examination of OC email | $500.00 | 0.1 | $50.00 | Opposing Counsel Communicat | 1771 | Duplicative of 1768 | | 0.10 | 0.00 |
| 5/22/2020 | Josh Sanford | Examination of OC email | $500.00 | 0.1 | $50.00 | Opposing Counsel Communicat | 1910 | Duplicative of 1898 | | 0.10 | 0.00 |
| 5/26/2020 | Josh Sanford | Examination of email to OC, with discovery answers | $500.00 | 0.1 | $50.00 | Opposing Counsel Communicat | 1918 | Duplicative of 1925 | | 0.10 | 0.00 |
| 5/29/2020 | Josh Sanford | Examination of OC email | $500.00 | 0.1 | $50.00 | Opposing Counsel Communicat | 1939 | Duplicative of 1936 | | 0.10 | 0.00 |
| 6/1/2020 | Josh Sanford | Examination of OC email re; depos, stipulation | $500.00 | 0.2 | $100.00 | Opposing Counsel Communicat | 1945 | Duplicative of 1940 | | 0.20 | 0.00 |
| 6/4/2020 | Josh Sanford | Examination of email to OCs-depos | $500.00 | 0.1 | $50.00 | Opposing Counsel Communicat | 1970 | Duplicative of 1940 | | 0.10 | 0.00 |
| 6/10/2020 | Merideth Q. McEnti | Receipt and review of Deposition notices and links for attending remote depositions | $360.00 | 0.1 | $36.00 | Deposition Related | 1991 | Duplicative of 1977 | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 6/14/2020 | Josh Sanford | Deposition of (travel to Dallas) | $500.00 | 5.2 | $2,600.00 | Deposition Related | 2001 | Duplicative of 2009; Travel time | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.52 | 0.00 |
| 6/16/2020 | Josh Sanford | Deposition of D. Dixon, with prep and local travel | $500.00 | 4.4 | $2,200.00 | Deposition Related | 2015 | Duplicative of 2020 | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.44 | 0.00 |
| 6/17/2020 | Josh Sanford | Deposition of Luna, with local travel | $500.00 | 4.2 | $2,100.00 | Deposition Related | 2025 | Duplicative of 2026 | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.42 | 0.00 |
| 6/18/2020 | Josh Sanford | Examination of 7 NODs | $500.00 | 0.1 | $50.00 | Deposition Related | 2037 | Duplicative of 2038 | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 6/19/2020 | Josh Sanford | Examination of emails with OC | $500.00 | 0.2 | $100.00 | Opposing Counsel Communicat | 2047 | Duplicative of 2035 | | 0.20 | 0.00 |
| 6/22/2020 | Josh Sanford | Deposition of (travel to Corpus Christi) | $500.00 | 8.5 | $4,250.00 | Deposition Related | 2062 | Duplicative of 2067; Travel time | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.85 | 0.00 |
| 6/22/2020 | Josh Sanford | Examination of OC email | $500.00 | 0.1 | $50.00 | Opposing Counsel Communicat | 2063 | Duplicative of 2058 | | 0.10 | 0.00 |
| 6/23/2020 | Josh Sanford | Deposition of Eureste Depo | $500.00 | 3 | $1,500.00 | Deposition Related | 2079 | Duplicative of 2085 | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.30 | 0.00 |

Exhibit 5 - Segovia Duplicative Time

| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Unsuccessful | Reduced Hours for Abandoned & Unsuccessful | Reasonable Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/24/2020 | Josh Sanford | Deposition of A. Hill | $500.00 | 3.7 | $1,850.00 | Deposition Related | 2095 | Duplicative of depo time in 2096 | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.37 | 0.00 |
| 6/24/2020 | Josh Sanford | Examination of email to OC | $500.00 | 0.1 | $50.00 | Opposing Counsel Communicat | 2094 | Duplicative of 2058 | | 0.10 | 0.00 |
| 6/26/2020 | Sean Short | Receipt and review of email regarding read and sign for deposition of Robert McGarity. | $255.00 | 0.1 | $25.50 | Deposition Related | 2107 | Duplicative of 2105 | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 7/1/2020 | Sean Short | Editing and revision of damage calculations. | $255.00 | 0.4 | $102.00 | Damages | 2122 | Duplicative of 2126 | | 0.40 | 0.00 |
| 7/1/2020 | Josh Sanford | Examination of emails with OC | $500.00 | 0.2 | $100.00 | Opposing Counsel Communicat | 2129 | Duplicative of 2121 | | 0.20 | 0.00 |
| 7/7/2020 | Josh Sanford | Examination of OC email | $500.00 | 0.1 | $50.00 | Opposing Counsel Communicat | 2167 | Duplicative of 2132 | | 0.10 | 0.00 |
| 7/13/2020 | Josh Sanford | Deposition of Y. Exposito (with local travel) | $500.00 | 3.6 | $1,800.00 | Deposition Related | 2207 | Duplicative of 2220 | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.36 | 0.00 |
| 7/14/2020 | Josh Sanford | Examination of IOM: depos | $500.00 | 0.1 | $50.00 | Opposing Counsel Communicat | 2238 | Duplicative of 2237 | | 0.10 | 0.00 |
| 7/15/2020 | Josh Sanford | Examination of OC emails | $500.00 | 0.2 | $100.00 | Opposing Counsel Communicat | 2258 | Duplicative of 2256 | | 0.20 | 0.00 |
| 7/16/2020 | Josh Sanford | Deposition of Mukes | $500.00 | 1.8 | $900.00 | Deposition Related | 2274 | Duplicative of 2280 | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.18 | 0.00 |
| 7/16/2020 | Josh Sanford | Receive, read and prepare response to email(s) from OC | $500.00 | 0.1 | $50.00 | Opposing Counsel Communicat | 2277 | Duplicative of 2278 | | 0.10 | 0.00 |
| 8/12/2020 | Josh Sanford | Examination of email to OCs | $500.00 | 0.1 | $50.00 | Opposing Counsel Communicat | 2376 | Duplicative of 2379 | | 0.10 | 0.00 |
| 9/14/2020 | Josh Sanford | Editing and revision of Pafford Errata | $500.00 | 0.1 | $50.00 | Deposition Related | 2412 | Duplicative of 2418 | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 10/27/2020 | Josh Sanford | Examination of order | $500.00 | 0.1 | $50.00 | Case Management | 2514 | Duplicative of 2333 | | 0.10 | 0.00 |
| 11/24/2020 | Josh Sanford | Examination of OC email | $500.00 | 0.1 | $50.00 | Opposing Counsel Communicat | 2555 | Duplicative of 2560 | | 0.10 | 0.00 |
| 1/18/2021 | Sean Short | Preparation and drafting of notice of delayed exhibits filing. | $255.00 | 0.2 | $51.00 | Decertification | 2666 | Duplicative of 2682 | | 0.20 | 0.00 |
| 1/18/2021 | Josh Sanford | Editing and revision of response to decert motion | $500.00 | 1.2 | $600.00 | Decertification | 2662 | Duplicative of 2645, 2648, 2658 | | 1.20 | 0.00 |
| 5/28/2021 | Josh Sanford | Examination of order-decert | $500.00 | 0.3 | $150.00 | Decertification | 2741 | Duplicative of 2750 | | 0.30 | 0.00 |
| 5/31/2021 | Vanessa Kinney | Receipt and review of order on decertification | $360.00 | 0.7 | $252.00 | Decertification | 2745 | Duplicative of 2750 | | 0.70 | 0.00 |
| 6/23/2021 | Vanessa Kinney | Receipt and review of defendant subclassification plan for collective action; draft response notes and email Sean Short and Josh Sanford | $360.00 | 0.4 | $144.00 | Collective Management | 2769 | Duplicative of 2776 | | 0.40 | 0.00 |
| 6/24/2021 | Sean Short | Receipt and review of VK's edits to Plaintiffs' proposed subclasses. | $255.00 | 0.2 | $51.00 | Collective Management | 2790 | Duplicative of 2783 | | 0.20 | 0.00 |
| 6/24/2021 | Sean Short | Editing and revision of Plaintiffs' report on proposed subclasses. | $255.00 | 1 | $255.00 | Collective Management | 2795 | Duplicative of 2783 | | 1.00 | 0.00 |
| 6/24/2021 | Sean Short | Preparation and drafting of proposed sub classes. | $255.00 | 1 | $255.00 | Collective Management | 2797 | Duplicative of 2783 | | 1.00 | 0.00 |
| 6/24/2021 | Josh Sanford | Editing and revision of P's report | $500.00 | 0.1 | $50.00 | Collective Management | 2787 | Duplicative of 2783 | | 0.10 | 0.00 |
| 6/30/2021 | Merideth Q. McEnti | Receipt and review of Court Notice: ORDER ADDRESSING VARIOUS MATTERS AND SETTING STATUS CONFERENCE | $360.00 | 0.1 | $36.00 | Collective Management | 2825 | Duplicative of 2822 | | 0.10 | 0.00 |
| 6/30/2021 | Josh Sanford | Examination of ORDER | $500.00 | 0.2 | $100.00 | Collective Management | 2819 | Duplicative of 2822 | | 0.20 | 0.00 |
| 7/2/2021 | Josh Sanford | Examination of email to OC | $500.00 | 0.1 | $50.00 | Opposing Counsel Communicat | 2832 | Duplicative of 2836 | | 0.10 | 0.00 |
| 7/9/2021 | Josh Sanford | Court Appearance (including travel time and waiting) | $500.00 | 0.3 | $150.00 | Case Management | 2853 | Duplicative of 2855 | | 0.30 | 0.00 |
| 7/12/2021 | Josh Sanford | Examination of minute entry | $500.00 | 0.1 | $50.00 | Case Management | 2856 | Duplicative of 2861 | | 0.10 | 0.00 |
| 8/6/2021 | Josh Sanford | Examination of order | $500.00 | 0.1 | $50.00 | Case Management | 2876 | Duplicative of 2880 | | 0.10 | 0.00 |
| 9/14/2021 | Josh Sanford | Examination of text order | $500.00 | 0.1 | $50.00 | Summary Judgments | 2961 | Duplicative of 2970 | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |

Exhibit 5 - Segovia Duplicative Time

| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Unsuccessful | Reduced Hours for Abandoned & Unsuccesful | Reasonable Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/30/2022 | Josh Sanford | Examination of order | $500.00 | 0.1 | $50.00 | Trial Preparation | 3645 | Duplicative of 3642 | | 0.10 | 0.00 |
| 11/4/2022 | Josh Sanford | Examination of Order | $500.00 | 0.1 | $50.00 | Case Management | 3689 | Duplicative of 3690 | | 0.10 | 0.00 |
| 11/10/2022 | Josh Sanford | Examination of Chambers email | $500.00 | 0.1 | $50.00 | Court Communication | 3700 | Duplicative of 3703 | | 0.10 | 0.00 |
| 1/9/2023 | Josh Sanford | Court Appearance (including travel time and waiting) for MJSC | $500.00 | 2.5 | $1,250.00 | Settlement Related | 3820 | Duplicative of 3823 | | 2.50 | 0.00 |
| | | | | 57.45 | $26,058.00 | | | | | 26.04 | 0.00 |