Exhibit 6 - Segovia Attorney Time Billed for Paralegal Tasks

| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Unsuccessful | Reduced Hours for Abandoned & Unsuccessful | Reasonable Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/5/2018 | Josh Sanford | Examination of email with Certified Court Reporter | $500.00 | 0.1 | $50.00 | Deposition Related | 519 | Paralegal work | | 0.10 | 0.00 |
| 11/8/2018 | Josh Sanford | Examination of Certified Court Reporter letter/transcript | $500.00 | 0.1 | $50.00 | Deposition Related | 541 | Paralegal work | | 0.10 | 0.00 |
| 11/12/2018 | Josh Sanford | Examination of Certified Court Reporter letter | $500.00 | 0.1 | $50.00 | Deposition Related | 555 | Paralegal work | | 0.10 | 0.00 |
| 11/13/2018 | Sean Short | Receipt and review of sgned Declaration; save to file | $255.00 | 0.1 | $25.50 | Conditional Certification | 566 | Paralegal work | | 0.10 | 0.00 |
| 11/14/2018 | Sean Short | Receipt and review of signed Declaration for renewed Motion for Collective Action | $255.00 | 0.1 | $25.50 | Conditional Certification | 575 | Paralegal work | | 0.10 | 0.00 |
| 1/12/2019 | Vanessa Kinney | Receipt and review of Deposition transcript for Victor Flores and take notes for Response to Motion for Summary Judgment | $360.00 | 1.4 | $504.00 | Second Summary Judgment | 685 | Paralegal work | 75% unsuccessful per summary judgment ruling Doc. 158. | 0.35 | 0.00 |
| 1/12/2019 | Vanessa Kinney | Receipt and review of Deposition transcript for Juan Segovia and take notes for Response to Motion for Summary Judgment | $360.00 | 0.9 | $324.00 | Second Summary Judgment | 686 | Paralegal work | 75% unsuccessful per summary judgment ruling Doc. 158. | 0.23 | 0.00 |
| 4/3/2019 | Sean Short | Preparation and drafting of Consent to Join | $255.00 | 0.2 | $51.00 | Conditional Certification | 780 | Paralegal work | | 0.20 | 0.00 |
| 4/11/2019 | Sean Short | Preparation and drafting of certificate of service for consents to join | $255.00 | 0.1 | $25.50 | Collective Management | 842 | Paralegal work | | 0.10 | 0.00 |
| 4/11/2019 | Josh Sanford | Examination of new Consent to Join | $500.00 | 0.1 | $50.00 | Collective Management | 845 | Paralegal work | | 0.10 | 0.00 |
| 4/30/2019 | Josh Sanford | Examination of 2 Consents to Join in mail | $500.00 | 0.1 | $50.00 | Collective Management | 897 | Paralegal work | | 0.10 | 0.00 |
| 4/30/2019 | Josh Sanford | Examination of 2 Consents to Join in mail | $500.00 | 0.1 | $50.00 | Collective Management | 929 | Paralegal work | | 0.10 | 0.00 |
| 5/1/2019 | Merideth Q. McEnti | Preparation and drafting of Notice of Appearance for MQM | $360.00 | 0.1 | $36.00 | Case Management | 946 | Paralegal work | | 0.10 | 0.00 |
| 5/6/2019 | Sean Short | Receipt and review of signed consents to join. | $255.00 | 0.1 | $25.50 | Collective Management | 976 | Paralegal work | | 0.10 | 0.00 |
| 5/16/2019 | Sean Short | Receipt and review of signed consent to join; prepare for filing. | $255.00 | 0.1 | $25.50 | Collective Management | 1025 | Paralegal work | | 0.10 | 0.00 |
| 5/16/2019 | Josh Sanford | Examination of Valderamma CTJ; conferecnce with Sean Short | $500.00 | 0.1 | $50.00 | Collective Management | 1026 | Paralegal work | | 0.10 | 0.00 |
| 5/17/2019 | Sean Short | Receipt and review of signed consents to join; prepare for filing. | $255.00 | 0.1 | $25.50 | Collective Management | 1031 | Paralegal work | | 0.10 | 0.00 |
| 5/20/2019 | Sean Short | Receipt and review of consent to join; prepare for filing. | $255.00 | 0.1 | $25.50 | Collective Management | 1048 | Paralegal work | | 0.10 | 0.00 |
| 5/20/2019 | Josh Sanford | Examination of CTJs-Pafford and Garza | $500.00 | 0.1 | $50.00 | Collective Management | 1033 | Paralegal work | | 0.10 | 0.00 |
| 5/21/2019 | Sean Short | Receipt and review of signed consent to join; prepare for filing. | $255.00 | 0.1 | $25.50 | Collective Management | 1056 | Paralegal work | | 0.10 | 0.00 |
| 5/24/2019 | Sean Short | Receipt and review of signed consent to join; save to file and prepare for filing. | $255.00 | 0.2 | $51.00 | Collective Management | 1065 | Paralegal work | | 0.20 | 0.00 |
| 5/29/2019 | Sean Short | Receipt and review of signed consents to join; prepare for filing. | $255.00 | 0.1 | $25.50 | Collective Management | 1078 | Paralegal work | | 0.10 | 0.00 |
| 6/5/2019 | Sean Short | Receipt and review of signed consents to join; prepare for filing. | $255.00 | 0.1 | $25.50 | Collective Management | 1124 | Paralegal work | | 0.10 | 0.00 |
| 6/7/2019 | Sean Short | Receipt and review of signed consent to join; prepare for filing. | $255.00 | 0.1 | $25.50 | Collective Management | 1144 | Paralegal work | | 0.10 | 0.00 |
| 6/11/2019 | Sean Short | Receipt and review of signed consents to join. | $255.00 | 0.1 | $25.50 | Collective Management | 1158 | Paralegal work | | 0.10 | 0.00 |
| 6/14/2019 | Sean Short | Receipt and review of signed consent to join. | $255.00 | 0.1 | $25.50 | Collective Management | 1168 | Paralegal work | | 0.10 | 0.00 |
| 6/14/2019 | Sean Short | Preparation and drafting of consent to join. | $255.00 | 0.1 | $25.50 | Collective Management | 1171 | Paralegal work | | 0.10 | 0.00 |
| 6/18/2019 | Sean Short | Receipt and review of signed consent to join; save to file and update contact information. | $255.00 | 0.2 | $51.00 | Collective Management | 1173 | Paralegal work | | 0.20 | 0.00 |
| 6/18/2019 | Josh Sanford | Examination of Babbitt CTJ | $500.00 | 0.1 | $50.00 | Collective Management | 1181 | Paralegal work | | 0.10 | 0.00 |
| 6/21/2019 | Sean Short | Work on Client's file regarding review list of undeliverable mail; examine email from opposing counsel regarding edits to proposed order. | $255.00 | 0.3 | $76.50 | Collective Management | 1203 | Paralegal work - reviewing list of undeliverable mail. | | 0.30 | 0.00 |

Exhibit 6 - Segovia Attorney Time Billed for Paralegal Tasks

| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Unsuccessful | Reduced Hours for Abandoned & Unsuccesful | Reasonable Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/27/2019 | Sean Short | Receipt and review of signed consents to join; prepare for filing. | $255.00 | 0.1 | $25.50 | Collective Management | 1220 | Paralegal work | | 0.10 | 0.00 |
| 7/2/2019 | Sean Short | Receipt and review of signed consent to join; prepare for filing. | $255.00 | 0.1 | $25.50 | Collective Management | 1241 | Paralegal work | | 0.10 | 0.00 |
| 7/15/2019 | Sean Short | Receipt and review of signed consent to join; save to file and prepare for filing. | $255.00 | 0.2 | $51.00 | Collective Management | 1296 | Paralegal work | | 0.20 | 0.00 |
| 7/22/2019 | Sean Short | Receipt and review of signed consent to join; prepare for filing. | $255.00 | 0.1 | $25.50 | Collective Management | 1332 | Paralegal work | | 0.10 | 0.00 |
| 7/22/2019 | Sean Short | Receipt and review of signed consent to join; save to file and prepare for filing. | $255.00 | 0.2 | $51.00 | Collective Management | 1333 | Paralegal work | | 0.20 | 0.00 |
| 9/25/2019 | Sean Short | Work on Client's file: Review filed consents to join; cross check against hard copies. | $255.00 | 0.2 | $51.00 | Collective Management | 1426 | Paralegal work | | 0.20 | 0.00 |
| 10/28/2019 | Sean Short | Editing and revision of notice of limited appearance. | $255.00 | 0.1 | $25.50 | Deposition Related | 1444 | Paralegal work | | 0.10 | 0.00 |
| 10/28/2019 | Sean Short | Preparation and drafting of notice of limited appearance. | $255.00 | 0.2 | $51.00 | Deposition Related | 1445 | Paralegal work | | 0.20 | 0.00 |
| 1/2/2020 | Vanessa Kinney | Work on Client's file: work on spreadsheet of deposition testimony | $360.00 | 3.4 | $1,224.00 | Decertification | 1469 | Paralegal work | | 3.40 | 0.00 |
| 1/3/2020 | Vanessa Kinney | Work on Client's file: work on deposition spreadsheet and response to decertification motion | $360.00 | 2.7 | $972.00 | Decertification | 1470 | Paralegal work--depo spreadsheet | | 2.70 | 0.00 |
| 3/11/2020 | Sean Short | Work on Client's file: review payroll, personnel and time card discovery production; check production against class members. | $255.00 | 1.5 | $382.50 | Discovery Related | 1493 | Paralegal work | | 1.50 | 0.00 |
| 4/10/2020 | Sean Short | Preparation and drafting of verification for discovery answers. | $255.00 | 0.1 | $25.50 | Discovery Related | 1565 | Paralegal work | | 0.10 | 0.00 |
| 4/28/2020 | Sean Short | Work on Client's file: review filed consents to join; cross check against Defendant's first set of discovery. | $255.00 | 0.3 | $76.50 | Discovery Related | 1807 | Paralegal work | | 0.30 | 0.00 |
| 6/10/2020 | Josh Sanford | Examination of email from CCR | $500.00 | 0.1 | $50.00 | Deposition Related | 1989 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 6/10/2020 | Josh Sanford | Examination of memo from CCR | $500.00 | 0.1 | $50.00 | Deposition Related | 1990 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 6/15/2020 | Josh Sanford | Examination of CCR email | $500.00 | 0.1 | $50.00 | Deposition Related | 2007 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 6/29/2020 | Josh Sanford | Examination of CCR email | $500.00 | 0.1 | $50.00 | Deposition Related | 2108 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 7/1/2020 | Josh Sanford | Examination of CCR-Luna depo | $500.00 | 0.1 | $50.00 | Deposition Related | 2119 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 7/9/2020 | Josh Sanford | Examination of CCR email | $500.00 | 0.1 | $50.00 | Deposition Related | 2183 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 7/10/2020 | Josh Sanford | Examination of CCR email/transcript | $500.00 | 0.1 | $50.00 | Deposition Related | 2196 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 7/10/2020 | Josh Sanford | Examination of more CCR emails | $500.00 | 0.1 | $50.00 | Deposition Related | 2201 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |

| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Unsuccessful | Reduced Hours for Abandoned & Unsuccesful | Reasonable Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/10/2020 | Josh Sanford | Examination of CCR emails | $500.00 | 0.1 | $50.00 | Deposition Related | 2204 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 7/15/2020 | Josh Sanford | Examination of CCR email | $500.00 | 0.1 | $50.00 | Discovery Related | 2253 | Paralegal work | | 0.10 | 0.00 |
| 7/29/2020 | Josh Sanford | Examination of CCR emails | $500.00 | 0.1 | $50.00 | Deposition Related | 2332 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 8/3/2020 | Josh Sanford | Examination of CCR email | $500.00 | 0.1 | $50.00 | Deposition Related | 2350 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 8/13/2020 | Josh Sanford | Examination of CCR email | $500.00 | 0.1 | $50.00 | Deposition Related | 2381 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 9/3/2020 | Josh Sanford | Examination of CCR for Luna depo | $500.00 | 0.1 | $50.00 | Deposition Related | 2404 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 9/8/2020 | Josh Sanford | Examination of CCR email | $500.00 | 0.1 | $50.00 | Deposition Related | 2405 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 9/14/2020 | Josh Sanford | Examination of CCR email | $500.00 | 0.1 | $50.00 | Deposition Related | 2413 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 9/14/2020 | Josh Sanford | Examination of CCR email | $500.00 | 0.1 | $50.00 | Deposition Related | 2414 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 9/16/2020 | Sean Short | Compose electronic communication to Court reporter regarding Lewis Pafford's signed errata sheet. | $255.00 | 0.2 | $51.00 | Deposition Related | 2428 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.02 | 0.00 |
| 9/16/2020 | Josh Sanford | Examination of email to CCR/DC: Pafford | $500.00 | 0.1 | $50.00 | Deposition Related | 2427 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 10/7/2020 | Josh Sanford | Examination of CCR email re: Dafford | $500.00 | 0.1 | $50.00 | Deposition Related | 2456 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 10/14/2020 | Josh Sanford | Examination of CCR email | $500.00 | 0.1 | $50.00 | Deposition Related | 2471 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 10/15/2020 | Josh Sanford | Examination of CCR email | $500.00 | 0.1 | $50.00 | Deposition Related | 2479 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 12/27/2020 | Vanessa Kinney | Receipt and review of Exposito and Johnson deposition transcripts for standby and drive time references with page and line citations and specify page and line citations for Hearon deposition transcript and begin review of Mukes transcript | $360.00 | 3.5 | $1,260.00 | Decertification | 2591 | Paralegal work | | 3.50 | 0.00 |
| 12/28/2020 | Vanessa Kinney | Work on Client's file: Review and take notes on Mukes, Pafford and Babbit deposition transcripts | $360.00 | 5.2 | $1,872.00 | Decertification | 2592 | Paralegal work | | 5.20 | 0.00 |
| 12/28/2020 | Sean Short | Examination of deadline for Plaintiff to file response to motion for decertification. | $255.00 | 0.1 | $25.50 | Decertification | 2593 | Paralegal work | | 0.10 | 0.00 |
| 12/29/2020 | Vanessa Kinney | Work on Client's file: Review and take notes on Dixon and Eureste deposition transcripts | $360.00 | 4.7 | $1,692.00 | Decertification | 2594 | Paralegal work | | 4.70 | 0.00 |
| 12/30/2020 | Vanessa Kinney | Work on Client's file: Review and take notes on Hill and Irving deposition transcripts | $360.00 | 5.6 | $2,016.00 | Decertification | 2595 | Paralegal work | | 5.60 | 0.00 |

Exhibit 6 - Segovia Attorney Time Billed for Paralegal Tasks

| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Unsuccessful | Reduced Hours for Abandoned & Unsuccesful | Reasonable Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2020 | Vanessa Kinney | Work on Client's file: review Luna and McGarity transcripts and take notes | $360.00 | 5.4 | $1,944.00 | Decertification | 2600 | Paralegal work | | 5.40 | 0.00 |
| 1/6/2021 | Vanessa Kinney | Work on Client's file: locate missing information from deposition spreadsheet; work on decertification response | $360.00 | 3.2 | $1,152.00 | Decertification | 2612 | Paralegal work--depo spreadsheet | | 3.20 | 0.00 |
| 1/7/2021 | Vanessa Kinney | Receipt and review of Zuniga and Valenzuela depositions and take notes | $360.00 | 1.3 | $468.00 | Decertification | 2617 | Paralegal work | | 1.30 | 0.00 |
| 3/24/2021 | Josh Sanford | Examination of CCR email | $500.00 | 0.1 | $50.00 | Deposition Related | 2717 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 6/24/2021 | Vanessa Kinney | Work on Client's file: review discovery responses and deposition references to ensure correct categories for Plaintiffs; phone call and email to Sean Short | $360.00 | 1.6 | $576.00 | Collective Management | 2781 | Paralegal work | | 1.60 | 0.00 |
| 9/13/2021 | Vanessa Kinney | Work on Client's file: review and mark case law for MSJ response; create plaintiff spreadsheet | $360.00 | 2.9 | $1,044.00 | Summary Judgments | 2940 | Paralegal work--plaintiff spreadsheet | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.29 | 0.00 |
| 9/14/2021 | Vanessa Kinney | Work on Client's file: work on plaintiff spreadsheet | $360.00 | 1.3 | $468.00 | Summary Judgments | 2957 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.13 | 0.00 |
| 10/23/2021 | Vanessa Kinney | Work on Client's file: create spreadsheet of Plaintiff declarations for purposes of adding references to response to MSJ 139; work on MSJ 139 | $360.00 | 4.6 | $1,656.00 | Summary Judgments | 3447 | Paralegal work | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.46 | 0.00 |
| 11/9/2022 | Sean Short | Examination of case file regarding information on opt-in Plaintiff. | $255.00 | 0.1 | $25.50 | Collective Management | 3697 | Paralegal work | | 0.10 | 0.00 |
| | | | | 56.7 | $20,237.00 | | | | | 44.99 | 0.00 |

4