Exhibit 7 - Segovia - Partner Time on Associate Tasks

| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Unsuccessful | Reduced Hours for Abandoned & Unsuccesful | Reasonable Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/3/2018 | Josh Sanford | Telephone Conference(s) with chambers: rescheduling | $500.00 | 0.2 | $100.00 | Court Communication | 635 | Associate work | | 0.20 | 0.00 |
| 3/28/2019 | Josh Sanford | Receive, read and prepare response to email(s) from chambers: Court | $500.00 | 0.1 | $50.00 | Court Communication | 766 | Associate work | | 0.10 | 0.00 |
| 3/28/2019 | Josh Sanford | Compose e-mail to chambers: next Court appearance | $500.00 | 0.2 | $100.00 | Court Communication | 768 | Associate work | | 0.20 | 0.00 |
| 7/25/2019 | Josh Sanford | Receive, read and prepare response to email(s) from Chambers-rescheduling | $500.00 | 0.1 | $50.00 | Court Communication | 1351 | Associate work | | 0.10 | 0.00 |
| 7/7/2021 | Josh Sanford | Receive, read and prepare response to email(s) from chambers | $500.00 | 0.1 | $50.00 | Court Communication | 2844 | Associate work | | 0.10 | 0.00 |
| 7/8/2021 | Josh Sanford | Receive, read and prepare response to email(s) from chambers | $500.00 | 0.1 | $50.00 | Court Communication | 2847 | Associate work | | 0.10 | 0.00 |
| 1/5/2023 | Josh Sanford | Receive, read and prepare response to email(s) from Chambers | $500.00 | 0.1 | $50.00 | Court Communication | 3798 | Associate work | | 0.10 | 0.00 |
| 1/9/2023 | Josh Sanford | Receive, read and prepare response to email(s) from Chambers | $500.00 | 0.1 | $50.00 | Court Communication | 3819 | Associate work | | 0.10 | 0.00 |
| | | | | 1 | $500.00 | | | | | 1.00 | 0.00 |