Exhibit 8 - Segovia - Attorney Time on Clerical Tasks

| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Unsuccessful | Reduced Hours for Abandoned & Unsuccesful | Reasonable Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/3/2018 | Josh Sanford | Telephone Conference(s) with Staff rescheduling | $500.00 | 0.2 | $100.00 | In House Communication | 637 | Clerical | | 0.20 | 0.00 |
| 3/29/2019 | Sean Short | Work on Client's file print and review Electronic Court Filing no. 66 in preparation for status conference | $255.00 | 0.2 | $51.00 | Conditional Certification | 772 | Clerical | | 0.20 | 0.00 |
| 4/3/2019 | Josh Sanford | Telephone Conference(s) with Staff: travel for Court | $500.00 | 0.1 | $50.00 | In House Communication | 786 | Clerical | | 0.10 | 0.00 |
| 4/8/2019 | Josh Sanford | Telephone Conference(s) with Staff: class notice mailing | $500.00 | 0.1 | $50.00 | In House Communication | 822 | Clerical | | 0.10 | 0.00 |
| 4/19/2019 | Josh Sanford | Conference with staff: mailing notice | $500.00 | 0.1 | $50.00 | In House Communication | 863 | Clerical | | 0.10 | 0.00 |
| 4/22/2019 | Josh Sanford | Conference with staff: mailing notice | $500.00 | 0.1 | $50.00 | In House Communication | 865 | Clerical | | 0.10 | 0.00 |
| 5/22/2019 | Josh Sanford | Telephone Conference(s) with Staff: contact with Clerk of the Court | $500.00 | 0.1 | $50.00 | In House Communication | 1060 | Clerical | | 0.10 | 0.00 |
| 5/31/2019 | Sean Short | Conference with HH regarding mailing first set of ROGs and RFPs. | $255.00 | 0.1 | $25.50 | In House Communication | 1087 | Clerical | | 0.10 | 0.00 |
| 5/31/2019 | Sean Short | Preparation and drafting of cover letter for Plaintiffs' second set of discovery. | $255.00 | 0.1 | $25.50 | Discovery Related | 1098 | Clerical | | 0.10 | 0.00 |
| 6/7/2019 | Josh Sanford | Receive, read and prepare response to email(s) from TF: travel for court | $500.00 | 0.1 | $50.00 | In House Communication | 1146 | Clerical | | 0.10 | 0.00 |
| 7/12/2019 | Law Clerk | Work on Client's file: prepare email notice list | $110.00 | 0.2 | $22.00 | Collective Management | 1291 | Clerical | | 0.20 | 0.00 |
| 8/15/2019 | Law Clerk | Work on Client's file: organize file/discovery | $110.00 | 0.2 | $22.00 | Discovery Related | 1383 | Clerical | | 0.20 | 0.00 |
| 8/23/2019 | Law Clerk | Work on Client's file: scan late CTJ and save to file | $110.00 | 0.1 | $11.00 | Collective Management | 1412 | Clerical | | 0.10 | 0.00 |
| 5/8/2020 | Sean Short | Telephone Conference(s) with staff regarding scheduling depositions. | $255.00 | 0.1 | $25.50 | In House Communication | 1857 | Clerical | | 0.10 | 0.00 |
| 5/11/2020 | Sean Short | Telephone Conference(s) with staff regarding deposition scheduling. | $255.00 | 0.1 | $25.50 | In House Communication | 1865 | Clerical | | 0.10 | 0.00 |
| 5/13/2020 | Sean Short | Telephone Conference(s) with staff regarding scheduling depositions. | $255.00 | 0.1 | $25.50 | In House Communication | 1876 | Clerical | | 0.10 | 0.00 |
| 5/29/2020 | Sean Short | Conference with JS regarding scheduling client depositions. | $255.00 | 0.1 | $25.50 | In House Communication | 1942 | Clerical | | 0.10 | 0.00 |
| 6/2/2020 | Sean Short | Conference with JS regarding scheduling depositions. | $255.00 | 0.1 | $25.50 | In House Communication | 1950 | Clerical | | 0.10 | 0.00 |
| 6/3/2020 | Sean Short | Conference with staff regarding scheduling client depositions. | $255.00 | 0.1 | $25.50 | In House Communication | 1952 | Clerical | | 0.10 | 0.00 |
| 6/4/2020 | Sean Short | Conference with JS regarding scheduling client depositions. | $255.00 | 0.1 | $25.50 | In House Communication | 1972 | Clerical | | 0.10 | 0.00 |
| 6/12/2020 | Sean Short | Work on Client's file: print documents to prepare for depositions. | $255.00 | 0.3 | $76.50 | Deposition Related | 1998 | Clerical | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.03 | 0.00 |
| 6/18/2020 | Sean Short | Telephone Conference(s) with staff regarding travel/accommodations. | $255.00 | 0.2 | $51.00 | In House Communication | 2044 | Clerical | | 0.20 | 0.00 |
| 7/2/2020 | Sean Short | Conference with JS regarding scheduling depositions. | $255.00 | 0.2 | $51.00 | In House Communication | 2139 | Clerical | | 0.20 | 0.00 |
| 7/7/2020 | Josh Sanford | Work on Client's file: scheduling travel, planning depo | $500.00 | 0.2 | $100.00 | Deposition Related | 2166 | Clerical | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.02 | 0.00 |
| 7/9/2020 | Merideth Q. McEnti | Work on Client's file: logistics for Spanish speaker depo in San Antonio | $360.00 | 0.2 | $72.00 | Deposition Related | 2177 | Clerical | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.02 | 0.00 |
| 7/30/2020 | Sean Short | Compose electronic communication JS regarding scheduling depositions for opt-in Plaintiffs. | $255.00 | 0.2 | $51.00 | In House Communication | 2346 | Clerical | | 0.20 | 0.00 |
| 9/30/2020 | Josh Sanford | Conference with SS scheduling a depo | $500.00 | 0.1 | $50.00 | In House Communication | 2445 | Clerical | | 0.10 | 0.00 |

Exhibit 8 - Segovia - Attorney Time on Clerical Tasks

| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Unsuccessful | Reduced Hours for Abandoned & Unsuccesful | Reasonable Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/2020 | Sean Short | Conference with JS regarding scheduling client deposition. | $255.00 | 0.1 | $25.50 | In House Communication | 2451 | Clerical | | 0.10 | 0.00 |
| 10/13/2020 | Sean Short | Conference with JS regarding scheduling client deposition. | $255.00 | 0.1 | $25.50 | In House Communication | 2469 | Clerical | | 0.10 | 0.00 |
| 1/19/2021 | Sean Short | Compose electronic communication to staff regarding deposition transcripts. | $255.00 | 0.1 | $25.50 | In House Communication | 2672 | Clerical | | 0.10 | 0.00 |
| 9/9/2021 | Vanessa Kinney | Work on Client's file: Download summary judgment documents; set up folders and response procedure | $360.00 | 0.3 | $108.00 | Summary Judgments | 2917 | Clerical | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.03 | 0.00 |
| 10/12/2021 | Paralegal | Work on Client's file: Update calling spreadsheet | $145.00 | 0.1 | $14.50 | Summary Judgments | 3128 | Clerical | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 10/13/2021 | Paralegal | Work on Client's file: Update call spreadsheet for Thursday. | $145.00 | 0.1 | $14.50 | Summary Judgments | 3188 | Clerical | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 |
| 2/24/2022 | Paralegal | Work on Client's file: download and send Master List excel spreadsheet to attorneys JS and SS. | $145.00 | 0.1 | $14.50 | Collective Management | 3562 | Clerical | | 0.10 | 0.00 |
| | | | | **4.7** | **$1,415.00** | | | | | **3.62** | **0.00** |