Exhibit 9 - Segovia Travel Time Billed as Full Time

| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Unsuccessful | Reduced Hours for Abandoned & Unsuccesful | Reasonable Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/10/2018 | Josh Sanford | Court Appearance, including travel time and waiting travel home | $500.00 | 5.2 | $2,600.00 | Conditional Certification | 656 | Travel time | | 5.20 | 2.60 |
| 12/10/2018 | Josh Sanford | Court Appearance, including travel time and waiting travel to | $500.00 | 5 | $2,500.00 | Conditional Certification | 659 | Travel time | | 5.00 | 2.50 |
| 4/3/2019 | Josh Sanford | Court Appearance, including travel time and waiting (partial travel) | $500.00 | 4 | $2,000.00 | Conditional Certification | 784 | Travel time | | 4.00 | 2.00 |
| 4/4/2019 | Josh Sanford | Court Appearance, including travel time and waiting (return travel) | $500.00 | 4.5 | $2,250.00 | Conditional Certification | 794 | Travel time | | 4.50 | 2.25 |
| 4/4/2019 | Josh Sanford | Court Appearance, including travel time and waiting (Dallas to San Antonio travel only) | $500.00 | 3.2 | $1,600.00 | Conditional Certification | 799 | Travel time | | 3.20 | 1.60 |
| 6/18/2019 | Josh Sanford | Court Appearance (including travel time and waiting) (travel home) (weather delays) | $500.00 | 7.5 | $3,750.00 | Collective Management | 1176 | Travel time | | 7.50 | 3.75 |
| 6/19/2019 | Josh Sanford | Court Appearance (including travel time and waiting) (travel to) | $500.00 | 5.5 | $2,750.00 | Collective Management | 1182 | Travel time | | 5.50 | 2.75 |
| 6/15/2020 | Sean Short | Deposition of Clients in Dallas. Travel to. | $255.00 | 5 | $1,275.00 | Deposition Related | 2009 | Travel time | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.50 | 0.25 |
| 6/17/2020 | Sean Short | Deposition of David Luna (travel time from Dallas to Little Rock). | $255.00 | 6 | $1,530.00 | Deposition Related | 2027 | Travel time | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.60 | 0.30 |
| 6/17/2020 | Josh Sanford | Deposition of return home | $500.00 | 5.5 | $2,750.00 | Deposition Related | 2024 | Travel time | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.55 | 0.28 |
| 6/22/2020 | Sean Short | Deposition of Plaintiffs (travel to Corpus Christi). | $255.00 | 9 | $2,295.00 | Deposition Related | 2067 | Travel time | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.90 | 0.45 |
| 6/24/2020 | Sean Short | Deposition of Aaron Hill (includes travel time from Corpus Christi to Little Rock). | $255.00 | 6.7 | $1,708.50 | Deposition Related | 2096 | Travel time; Travel time not segregated from depo time | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.67 | 0.34 |
| 6/24/2020 | Sean Short | Deposition of Mitchell Johnson (includes travel time from Corpus Christi to Mcallen and back to Corpus. | $255.00 | 6.7 | $1,708.50 | Deposition Related | 2100 | Travel time; Travel time not segregated from depo time | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.67 | 0.34 |
| 6/24/2020 | Josh Sanford | Deposition of (return travel) | $500.00 | 4.2 | $2,100.00 | Deposition Related | 2090 | Travel time | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.42 | 0.21 |
| 7/12/2020 | Josh Sanford | Deposition of (travel to Louisville) | $500.00 | 5.5 | $2,750.00 | Deposition Related | 2205 | Travel time | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.55 | 0.28 |
| 7/13/2020 | Josh Sanford | Deposition of travel home | $500.00 | 5.2 | $2,600.00 | Deposition Related | 2209 | Travel time | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.52 | 0.26 |
| 7/14/2020 | Sean Short | Deposition of Shaylon Hearon (Travel from Little Rock to Lubbock, Texas). | $255.00 | 7.5 | $1,912.50 | Deposition Related | 2242 | Travel time | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.75 | 0.38 |
| 7/15/2020 | Josh Sanford | Deposition of travel to Dallas-for Mukes depo | $500.00 | 4.6 | $2,300.00 | Deposition Related | 2255 | Travel time | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.46 | 0.23 |
| 7/15/2020 | Sean Short | Deposition of Shaylon Hearon (Travel from Lubbock back to Little Rock) | $255.00 | 6 | $1,530.00 | Deposition Related | 2262 | Travel Time | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.60 | 0.30 |
| 7/16/2020 | Josh Sanford | Deposition of (return travel) | $500.00 | 4.6 | $2,300.00 | Deposition Related | 2273 | Travel time | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.46 | 0.23 |
| 8/13/2020 | Sean Short | Deposition of Zuniga Valenzuela (travel from Little Rock to Corpus Christi). | $255.00 | 5 | $1,275.00 | Deposition Related | 2383 | Travel time | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.50 | 0.25 |

Exhibit 9 - Segovia Travel Time Billed as Full Time

| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Unsuccessful | Reduced Hours for Abandoned & Unsuccesful | Reasonable Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/14/2020 | Sean Short | Deposition of Valenzuela and Zuniga (travel from Corpus to Little Rock). | $255.00 | 6 | $1,530.00 | Deposition Related | 2387 | Travel time | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.60 | 0.30 |
| | | | | 122.4 | $47,014.50 | | | | | 43.65 | 21.83 |