Exhibit 10 - Segovia Vague Time Entries

| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Unsuccessful | Reduced Hours for Abandoned & Unsuccesful | Reasonable Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/24/2021 | Josh Sanford | Work on Client's file: case management | $500.00 | 0.1 | $50.00 | Case Management | 2716 | Vague | | 0.10 | 0.00 |
| | | | | **0.1** | **$50.00** | | | | | **0.10** | **0.00** |

1