| Date Billed | On Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Unsuccessful | Hours after reduced for abandonment and dismissal | Total Reduced/ Reasonable Hours | Reasonable Rate | Reasonable Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/4/2019 | Merideth Q. McEntire | Court Appearance (including travel time and waiting) Western District of Texas before Judge Bemporad regarding Notice to collective Action and Plaintiff deposition | $360.00 | 3.5 | $1,260.00 | Conditional Certification | 800 | | | 3.50 | 3.50 | $258.00 | $903.00 |
| 4/4/2019 | Merideth Q. McEntire | Preparation for Hearing in by reviewing recent pleadings | $360.00 | 0.5 | $180.00 | Conditional Certification | 801 | Duplicative of 796 | | 0.50 | 0.00 | $258.00 | $0.00 |
| 4/5/2019 | Merideth Q. McEntire | Compose e-mail to Opposing Counsel Stokley regarding changes to Notice and Consent | $360.00 | 0.1 | $36.00 | Opposing Counsel Communica | 817 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 4/5/2019 | Merideth Q. McEntire | Editing and revision of Consent and Notice provided by opposing counsel with Judge Bermorad's corrections included | $360.00 | 0.5 | $180.00 | Collective Management | 818 | Duplicative of 737 | | 0.50 | 0.00 | $258.00 | $0.00 |
| 5/1/2019 | Merideth Q. McEntire | Preparation and drafting of Notice of Appearance for MQM | $360.00 | 0.1 | $36.00 | Case Management | 946 | Paralegal work | | 0.10 | 0.00 | $258.00 | $0.00 |
| 6/25/2019 | Merideth Q. McEntire | Receipt and review of Order from Judge Bemorad | $360.00 | 0.1 | $36.00 | Collective Management | 1215 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 7/1/2019 | Merideth Q. McEntire | Receipt and review of emails from opposing counsel and court regarding issues with email reminder notice | $360.00 | 0.2 | $72.00 | Opposing Counsel Communica | 1230 | | | 0.20 | 0.20 | $258.00 | $51.60 |
| 7/3/2019 | Merideth Q. McEntire | Telephone Conference(s) with Judge Bemporad, JS, SS, and OC Craig Stokely regarding proof of undeliverable mail | $360.00 | 0.3 | $108.00 | Court Communication | 1253 | Duplicative of 1251 | | 0.30 | 0.00 | $258.00 | $0.00 |
| 7/26/2019 | Merideth Q. McEntire | Receipt and review of ORDER SETTING PHASE II SCHEDULING CONFERENCE | $360.00 | 0.1 | $36.00 | Case Management | 1356 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 7/29/2019 | Merideth Q. McEntire | Receive, read and prepare response to email(s) from Opposing counsel and court regarding rescheduling hearing | $360.00 | 0.2 | $72.00 | Opposing Counsel Communica | 1359 | | | 0.20 | 0.20 | $258.00 | $51.60 |
| 8/19/2019 | Merideth Q. McEntire | Court Appearance (including travel time and waiting) for Phase 2 Discovery Conference before Judge Bemporad in WD of Texas | $360.00 | 2.1 | $756.00 | Case Management | 1402 | | | 2.10 | 2.10 | $258.00 | $541.80 |
| 8/19/2019 | Merideth Q. McEntire | Preparation and drafting of Report to Josh Sanford and Sean Short regarding 8/19/19 Phase 2 Discovery hearing | $360.00 | 0.4 | $144.00 | Discovery Related | 1399 | | | 0.40 | 0.40 | $258.00 | $103.20 |
| 8/19/2019 | Merideth Q. McEntire | Preparation for Hearing regarding Phase 2 discovery conference | $360.00 | 0.8 | $288.00 | Case Management | 1400 | | | 0.80 | 0.80 | $258.00 | $206.40 |
| 8/20/2019 | Merideth Q. McEntire | Receipt and review of Phase II Scheduling Order | $360.00 | 0.1 | $36.00 | Case Management | 1408 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 9/17/2019 | Merideth Q. McEntire | Receive, read and prepare response to email(s) from OC Craig Stokely regarding extension for discovery | $360.00 | 0.1 | $36.00 | Opposing Counsel Communica | 1416 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 4/10/2020 | Merideth Q. McEntire | Receipt and review of email from OC with names of proposed plaintiffs to depose | $360.00 | 0.1 | $36.00 | Opposing Counsel Communica | 1526 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 4/14/2020 | Merideth Q. McEntire | Receipt and review of email from OC regarding depositions and extension on discovery deadline | $360.00 | 0.1 | $36.00 | Opposing Counsel Communica | 1599 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 4/17/2020 | Merideth Q. McEntire | Receipt and review of email to OC with discovery deficiencies | $360.00 | 0.1 | $36.00 | Opposing Counsel Communica | 1712 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 4/19/2020 | Merideth Q. McEntire | Receipt and review of email from OC regarding missing discovery responses | $360.00 | 0.1 | $36.00 | Opposing Counsel Communica | 1713 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 4/21/2020 | Merideth Q. McEntire | Receipt and review of emails from OC regarding depositions | $360.00 | 0.1 | $36.00 | Opposing Counsel Communica | 1750 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 4/22/2020 | Merideth Q. McEntire | Receipt and review of emails from OC regarding discovery and depositions | $360.00 | 0.1 | $36.00 | Opposing Counsel Communica | 1764 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 4/30/2020 | Merideth Q. McEntire | Receipt and review of Unopposed MOTION to Extend Scheduling Order Deadlines | $360.00 | 0.1 | $36.00 | Case Management | 1829 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 6/1/2020 | Merideth Q. McEntire | Receipt and review of emails from OC regarding depositions | $360.00 | 0.1 | $36.00 | Opposing Counsel Communica | 1946 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 6/10/2020 | Merideth Q. McEntire | Receipt and review of Deposition notices and links for attending remote depositions | $360.00 | 0.1 | $36.00 | Deposition Related | 1991 | Duplicative of 1977 | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.00 | $258.00 | $0.00 |
| 6/11/2020 | Merideth Q. McEntire | Receipt and review of email from OC regarding deposition planning | $360.00 | 0.1 | $36.00 | Opposing Counsel Communica | 1994 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 7/2/2020 | Merideth Q. McEntire | Receipt and review of email from OC regarding depositions | $360.00 | 0.1 | $36.00 | Opposing Counsel Communica | 2131 | | | 0.10 | 0.10 | $258.00 | $25.80 |

| Date | Timekeeper | Description | Rate | Hours | Amount | Category | Entry | Notes | Adjustment Notes | Adj Hours | Final Hours | Final Rate | Final Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/8/2020 | Merideth Q. McEntire | Receipt and review of emails from OC changing deposition schedule | $360.00 | 0.1 | $36.00 | Opposing Counsel Communica | 2174 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 7/9/2020 | Merideth Q. McEntire | Work on Client's file: logistics for Spanish speaker depo in San Antonio | $360.00 | 0.2 | $72.00 | Deposition Related | 2177 | Clerical | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.02 | 0.00 | $258.00 | $0.00 |
| 7/10/2020 | Merideth Q. McEntire | Prepare for Deposition of Juan Lugo Torres | $360.00 | 0.3 | $108.00 | Deposition Related | 2187 | | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.03 | 0.03 | $258.00 | $7.74 |
| 7/16/2020 | Merideth Q. McEntire | Receipt and review of email to and from OC regarding additional depos | $360.00 | 0.2 | $72.00 | Opposing Counsel Communica | 2278 | | | 0.20 | 0.20 | $258.00 | $51.60 |
| 7/23/2020 | Merideth Q. McEntire | Receipt and review of emails from OC regarding discovery extension | $360.00 | 0.1 | $36.00 | Opposing Counsel Communica | 2319 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 7/27/2020 | Merideth Q. McEntire | Receipt and review of SCHEDULING ORDER from Court | $360.00 | 0.1 | $36.00 | Case Management | 2329 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 8/3/2020 | Merideth Q. McEntire | Receipt and review of emails from OC regarding depositions | $360.00 | 0.1 | $36.00 | Opposing Counsel Communica | 2356 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 6/25/2021 | Merideth Q. McEntire | Receipt and review of Court Notice: RESPONSE Plaintiffs' Report on Sub-Classes to [129] Memorandum Opinion and Order, Set Deadlines/Hearings by Victor Flores, Juan Segovia. | $360.00 | 0.1 | $36.00 | Collective Management | 2806 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 6/25/2021 | Merideth Q. McEntire | Receipt and review of Court Notice: NOTICE of Defendant Fuelco's Report on Sub-Classes in compliance with the Court's Order at Doc. No. 129 by Fuelco Energy LLC re [129] Memorandum Opinion and Order, Set Deadlines/Hearings | $360.00 | 0.1 | $36.00 | Collective Management | 2807 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 6/30/2021 | Merideth Q. McEntire | Receipt and review of Court Notice: ORDER ADDRESSING VARIOUS MATTERS AND SETTING STATUS CONFERENCE | $360.00 | 0.1 | $36.00 | Collective Management | 2825 | Duplicative of 2822 | | 0.10 | 0.00 | $258.00 | $0.00 |
| 7/1/2021 | Merideth Q. McEntire | Receipt and review of notice from Court re: 7/9 hearing | $360.00 | 0.1 | $36.00 | Case Management | 2829 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 7/6/2021 | Merideth Q. McEntire | Receipt and review of Court Notice: NOTICE Joint Advisory regarding ADR and other requested information from Court in Docket Entry No. 132 by Fuelco Energy LLC | $360.00 | 0.1 | $36.00 | Case Management | 2842 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 7/8/2021 | Merideth Q. McEntire | Receipt and review of email from Court regarding July 9 hearing | $360.00 | 0.1 | $36.00 | Case Management | 2850 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 7/14/2021 | Merideth Q. McEntire | Receipt and review of Court Notice: Minute Entry for proceedings held before Judge Jason K. Pulliam | $360.00 | 0.1 | $36.00 | Case Management | 2861 | | | 0.10 | 0.10 | $258.00 | $25.80 |
| 9/8/2021 | Merideth Q. McEntire | Receipt and review of ECFs from Court re: 5 MSJs and Appendix | $360.00 | 0.1 | $36.00 | Summary Judgments | 2908 | | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | 0.01 | 0.01 | $258.00 | $2.58 |
| | | | | **12.1** | **$4,356.00** | | | | | **11.47** | **9.94** | | **$2,564.52** |