Exhibit 15 - Aaron Hill Case - Total Time and Fees

| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Dismissed | Hours after reduction for abandonment or dismissal | Reasonable Hours | Reasonable Rate | Reasonable Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/16/2019 | Law Clerk | Telephone Conference(s) with Aaron Hill re PRIVILEGED INFORMATION | $110.00 | 0.1 | $11.00 | Client Communication | 1 | | Abandoned | 0.00 | 0.00 | $110.00 | $0.00 |
| 8/16/2019 | Josh Sanford | Receive and open firm file | $500.00 | 0.1 | $50.00 | Case Management | 3 | | Abandoned | 0.00 | 0.00 | $325.00 | $0.00 |
| 8/16/2019 | Law Clerk | Compose e-mail to Aaron Hill re PRIVILEGED INFORMATION | $110.00 | 0.1 | $11.00 | Client Communication | 4 | | Abandoned | 0.00 | 0.00 | $110.00 | $0.00 |
| 8/16/2019 | Sean Short | Compose e-mail to MS regarding PRIVILEGED INFORMATION. | $255.00 | 0.1 | $25.50 | In House Communication | 5 | | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 8/16/2019 | Sean Short | Conference with MS regarding call with client. | $255.00 | 0.2 | $51.00 | In House Communication | 8 | | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 8/16/2019 | Sean Short | Conference with JS regarding case status. | $255.00 | 0.1 | $25.50 | In House Communication | 9 | | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 8/20/2019 | Law Clerk | Compose e-mail to Aaron Hill re PRIVILEGED INFORMATION | $110.00 | 0.1 | $11.00 | Client Communication | 12 | | Abandoned | 0.00 | 0.00 | $110.00 | $0.00 |
| 8/22/2019 | Sean Short | Conference with MS regarding contact with client. | $255.00 | 0.1 | $25.50 | In House Communication | 13 | | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 8/22/2019 | Sean Short | Conference with MS regarding paystubs. | $255.00 | 0.1 | $25.50 | In House Communication | 14 | | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 8/22/2019 | Law Clerk | Receipt and review of check stubs from client, rename and organize | $110.00 | 0.3 | $33.00 | Discovery Related | 15 | | Abandoned | 0.00 | 0.00 | $110.00 | $0.00 |
| 8/23/2019 | Josh Sanford | Examination of letter from potential P | $500.00 | 0.1 | $50.00 | Client Communication | 17 | Excessive - Discussions about "potential plaintiff" are not actually about the case. | Abandoned | 0.00 | 0.00 | $325.00 | $0.00 |
| 8/23/2019 | Josh Sanford | Conference with MS/SS: complaint, adding a P | $500.00 | 0.2 | $100.00 | In House Communication | 18 | | Abandoned | 0.00 | 0.00 | $325.00 | $0.00 |
| 8/23/2019 | Sean Short | Conference with MS regarding message to client. | $255.00 | 0.1 | $25.50 | In House Communication | 22 | Excessive - Discussions about "potential plaintiff" are not actually about the case. | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 8/26/2019 | Law Clerk | Telephone Conference(s) with potential plaintiff -vm | $110.00 | 0.1 | $11.00 | Client Communication | 23 | Excessive - Discussions about "potential plaintiff" are not actually about the case. | Abandoned | | 0.00 | $110.00 | $0.00 |
| 8/27/2019 | Law Clerk | Telephone Conference(s) with potential plaintiff | $110.00 | 0.2 | $22.00 | Client Communication | 24 | Excessive - Discussions about "potential plaintiff" are not actually about the case. | Abandoned | 0.00 | 0.00 | $110.00 | $0.00 |
| 8/27/2019 | Law Clerk | Compose electronic communication to potential plaintiff re PRIVILEGED INFORMATION | $110.00 | 0.1 | $11.00 | Client Communication | 25 | | Abandoned | 0.00 | 0.00 | $110.00 | $0.00 |
| 8/27/2019 | Sean Short | Preparation and drafting of Original Complaint. | $255.00 | 1.5 | $382.50 | Complaint/Summons/Service | 27 | | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 8/27/2019 | Sean Short | Conference with JS regarding case strategy. | $255.00 | 0.1 | $25.50 | In House Communication | 29 | | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 8/27/2019 | Sean Short | Conference with MS regarding phone call with client. | $255.00 | 0.1 | $25.50 | In House Communication | 30 | | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 8/29/2019 | Law Clerk | Telephone Conference(s) with potential plaintiff - voicemail | $110.00 | 0.1 | $11.00 | Client Communication | 32 | | Abandoned | 0.00 | 0.00 | $110.00 | $0.00 |
| 8/29/2019 | Sean Short | Conference with MS regarding call to client. | $255.00 | 0.1 | $25.50 | In House Communication | 33 | | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 9/3/2019 | Law Clerk | Compose electronic communication to potential plaintiff re PRIVILEGED INFORMATION | $110.00 | 0.1 | $11.00 | Client Communication | 36 | | Abandoned | 0.00 | 0.00 | $110.00 | $0.00 |

Exhibit 15 - Aaron Hill Case - Total Time and Fees

| Date | Name | Description | Rate | Hours | Amount | Category | Number | Status | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/5/2019 | Sean Short | Conference with MS regarding call with client. | $255.00 | 0.1 | $25.50 | In House Communication | 37 | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 9/5/2019 | Law Clerk | Telephone Conference(s) with potential plaintiff - voicemail | $110.00 | 0.1 | $11.00 | Client Communication | 39 | Abandoned | 0.00 | 0.00 | $110.00 | $0.00 |
| 9/6/2019 | Sean Short | Conference with MS regarding edits to letter to client. | $255.00 | 0.1 | $25.50 | In House Communication | 42 | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 9/6/2019 | Sean Short | Editing and revision of letter to client. | $255.00 | 0.1 | $25.50 | Client Communication | 43 | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 9/13/2019 | Sean Short | Conference with MS regarding message to client. | $255.00 | 0.1 | $25.50 | In House Communication | 44 | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 9/16/2019 | Sean Short | Editing and revision of original complaint. | $255.00 | 0.3 | $76.50 | Complaint/Summons/Service | 45 | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 9/16/2019 | Sean Short | Editing and revision of original complaint. | $255.00 | 0.4 | $102.00 | Complaint/Summons/Service | 46 | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 9/17/2019 | Josh Sanford | Editing and revision of complaint | $500.00 | 0.3 | $150.00 | Complaint/Summons/Service | 52 Duplicative of 45, 46 | Abandoned | 0.00 | 0.00 | $325.00 | $0.00 |
| 9/17/2019 | Sean Short | Editing and revision of civil cover sheet. | $255.00 | 0.1 | $25.50 | Complaint/Summons/Service | 53 | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 9/17/2019 | Sean Short | Editing and revision of original complaint. | $255.00 | 0.1 | $25.50 | Complaint/Summons/Service | 54 | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 9/17/2019 | Sean Short | Conference with JS regarding edits to complaint. | $255.00 | 0.1 | $25.50 | In House Communication | 56 | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 9/18/2019 | Josh Sanford | Examination of Notice of Judge assignment | $500.00 | 0.1 | $50.00 | Complaint/Summons/Service | 57 | Abandoned | 0.00 | 0.00 | $325.00 | $0.00 |
| 9/18/2019 | Josh Sanford | Examination of notice of issued summons | $500.00 | 0.1 | $50.00 | Complaint/Summons/Service | 58 Duplicative of 59 | Abandoned | 0.00 | 0.00 | $325.00 | $0.00 |
| 9/18/2019 | Sean Short | Receipt and review of summons issued. | $255.00 | 0.1 | $25.50 | Complaint/Summons/Service | 59 | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 9/18/2019 | Sean Short | Compose electronic communication to process server regarding service of summons and complaint. | $255.00 | 0.1 | $25.50 | Complaint/Summons/Service | 60 Paralegal work | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 9/19/2019 | Sean Short | Receipt and review of summons returned executed; save to file. | $255.00 | 0.1 | $25.50 | Complaint/Summons/Service | 61 Duplicative of 58, 59 | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 9/23/2019 | Josh Sanford | Examination of letter and bull from process server | $500.00 | 0.1 | $50.00 | Complaint/Summons/Service | 62 | Abandoned | 0.00 | 0.00 | $325.00 | $0.00 |
| 9/24/2019 | Sean Short | Telephone Conference(s) with AS regarding message from client. | $255.00 | 0.1 | $25.50 | In House Communication | 63 | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 9/25/2019 | Sean Short | Compose electronic communication to client. | $255.00 | 0.2 | $51.00 | Client Communication | 64 | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 9/25/2019 | Sean Short | Conference with JS regarding case status. | $255.00 | 0.1 | $25.50 | In House Communication | 67 | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 9/25/2019 | Josh Sanford | Examination of IOMS: K. Carter | $500.00 | 0.2 | $100.00 | In House Communication | 68 | Abandoned | 0.00 | 0.00 | $325.00 | $0.00 |
| 10/10/2019 | Josh Sanford | Examination of answer | $500.00 | 0.2 | $100.00 | Complaint/Summons/Service | 70 Duplicative of 78 | Abandoned | 0.00 | 0.00 | $325.00 | $0.00 |
| 10/10/2019 | Sean Short | Preparation and drafting of first amended complaint. | $255.00 | 0.5 | $127.50 | Complaint/Summons/Service | 72 | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 10/11/2019 | Sean Short | Compose, prepare and send correspondence to Clerk regarding filing of First Amended Complaint. | $255.00 | 0.2 | $51.00 | Case Management | 75 Clerical | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 10/11/2019 | Josh Sanford | Editing and revision of FAC | $500.00 | 0.2 | $100.00 | Complaint/Summons/Service | 76 Duplicative of 73 | Abandoned | 0.00 | 0.00 | $325.00 | $0.00 |
| 10/11/2019 | Sean Short | Editing and revision of first amended complaint. | $255.00 | 0.1 | $25.50 | Complaint/Summons/Service | 77 | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 10/11/2019 | Sean Short | Examination of Defendant's answer to Complaint. | $255.00 | 0.2 | $51.00 | Complaint/Summons/Service | 78 | Abandoned | 0.00 | 0.00 | $200.00 | $0.00 |
| 10/11/2019 | Josh Sanford | Examination of order for scheduling order | $500.00 | 0.1 | $50.00 | Case Management | 79 | Abandoned | 0.00 | 0.00 | $325.00 | $0.00 |
| 10/14/2019 | Sean Short | Conference with JS regarding amending complaint. | $255.00 | 0.1 | $25.50 | In House Communication | 82 | | | 0.1 | $200.00 | $20.00 |

Exhibit 15 - Aaron Hill Case - Total Time and Fees

| Date | Name | Description | Rate | Hrs | Amount | Category | # | Note | Hrs | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/2019 | Sean Short | Conference with JS regarding filing of First Amended Complaint. | $255.00 | 0.1 | $25.50 | In House Communication | 83 | | 0.1 | $200.00 | $20.00 |
| 10/14/2019 | Josh Sanford | Receive, read and prepare response to email(s) from AS/SS: Rojar | $500.00 | 0.2 | $100.00 | In House Communication | 87 | | 0.2 | $325.00 | $65.00 |
| 10/15/2019 | Sean Short | Compose, prepare and send correspondence to Court regarding first amended complaint. | $255.00 | 0.2 | $51.00 | Case Management | 93 | Duplicative of 75 | 0 | $200.00 | $0.00 |
| 10/15/2019 | Josh Sanford | Examination of revised complaint | $500.00 | 0.1 | $50.00 | Complaint/Summons/Service | 94 | Duplicative of 95 | 0 | $325.00 | $0.00 |
| 10/15/2019 | Sean Short | Conference with JS regarding edits to first amended complaint. | $255.00 | 0.1 | $25.50 | In House Communication | 95 | | 0.1 | $200.00 | $20.00 |
| 10/15/2019 | Sean Short | Editing and revision of first amended complaint. | $255.00 | 0.2 | $51.00 | Complaint/Summons/Service | 97 | | 0.2 | $200.00 | $40.00 |
| 10/21/2019 | Sean Short | Receive, read and prepare response to email(s) from JS regarding first amended complaint. | $255.00 | 0.1 | $25.50 | In House Communication | 98 | | 0.1 | $200.00 | $20.00 |
| 10/21/2019 | Josh Sanford | Examination of FAC | $500.00 | 0.1 | $50.00 | Complaint/Summons/Service | 99 | Duplicative of 97 | 0 | $325.00 | $0.00 |
| 10/22/2019 | Josh Sanford | Examination of memo re Defendant's 30b6 | $500.00 | 0.1 | $50.00 | Discovery Related | 100 | | 0.1 | $325.00 | $32.50 |
| 10/22/2019 | Sean Short | Work on Client's file: review case status; update file notes. | $255.00 | 0.1 | $25.50 | Case Management | 101 | | 0.1 | $200.00 | $20.00 |
| 10/28/2019 | Josh Sanford | Conference with SS: deposition; edit Notice | $500.00 | 0.2 | $100.00 | In House Communication | 102 | | 0.2 | $325.00 | $65.00 |
| 10/28/2019 | Josh Sanford | Receive, read and prepare response to email(s) from Rex: helping at 30b6 depo | $500.00 | 0.1 | $50.00 | Case Management | 103 | | 0.1 | $325.00 | $32.50 |
| 10/28/2019 | Josh Sanford | Receive, read and prepare response to email(s) from Rex and TF: related deposition | $500.00 | 0.2 | $100.00 | Case Management | 104 | | 0.2 | $325.00 | $65.00 |
| 11/5/2019 | Sean Short | Conference with JS regarding draft scheduling recommendations. | $255.00 | 0.1 | $25.50 | In House Communication | 105 | | 0.1 | $200.00 | $20.00 |
| 11/5/2019 | Josh Sanford | Editing and revision of scheduling recommendations | $500.00 | 0.1 | $50.00 | Case Management | 106 | | 0.1 | $325.00 | $32.50 |
| 11/5/2019 | Sean Short | Compose electronic communication to opposing counsel regarding draft proposed scheduling order. | $255.00 | 0.1 | $25.50 | Opposing Counsel Communicati | 108 | | 0.1 | $200.00 | $20.00 |
| 11/5/2019 | Sean Short | Preparation and drafting of initial scheduling recommendations. | $255.00 | 0.4 | $102.00 | Case Management | 109 | | 0.4 | $200.00 | $80.00 |
| 11/6/2019 | Josh Sanford | Examination of Intra-office memo regarding case events and deadlines | $500.00 | 0.1 | $50.00 | In House Communication | 110 | | 0.1 | $325.00 | $32.50 |
| 11/11/2019 | Sean Short | Compose electronic communication to opposing counsel regarding draft scheduling recommendations. | $255.00 | 0.1 | $25.50 | Opposing Counsel Communicati | 112 | | 0.1 | $200.00 | $20.00 |
| 11/11/2019 | Josh Sanford | Examination of OC email | $500.00 | 0.1 | $50.00 | Opposing Counsel Communicati | 113 | | 0.1 | $325.00 | $32.50 |
| 11/12/2019 | Josh Sanford | Examination of clerk's notice | $500.00 | 0.1 | $50.00 | Case Management | 117 | | 0.1 | $325.00 | $32.50 |
| 11/14/2019 | Josh Sanford | Examination of scheduling order | $500.00 | 0.1 | $50.00 | Case Management | 118 | | 0.1 | $325.00 | $32.50 |
| 12/16/2019 | Josh Sanford | Examination of Intra-office memo regarding case events and deadlines | $500.00 | 0.1 | $50.00 | In House Communication | 121 | | 0.1 | $325.00 | $32.50 |
| 2/5/2020 | Sean Short | Conference with JS regarding edits to ADR report. | $255.00 | 0.1 | $25.50 | In House Communication | 122 | | 0.1 | $200.00 | $20.00 |
| 2/5/2020 | Sean Short | Conference with JS regarding edits to settlement demand. | $255.00 | 0.1 | $25.50 | In House Communication | 123 | | 0.1 | $200.00 | $20.00 |
| 2/5/2020 | Josh Sanford | Editing and revision of demand letter | $500.00 | 0.1 | $50.00 | Settlement Related | 125 | | 0.1 | $325.00 | $32.50 |
| 2/5/2020 | Sean Short | Editing and revision of ADR report. | $255.00 | 0.1 | $25.50 | In House Communication | 127 | | 0.1 | $200.00 | $20.00 |
| 2/5/2020 | Sean Short | Examination of final scheduling order. | $255.00 | 0.1 | $25.50 | Case Management | 129 | | 0.1 | $200.00 | $20.00 |

Exhibit 15 - Aaron Hill Case - Total Time and Fees

| Date | Name | Description | Rate | Hours | Amount | Category | # | | Hours | Rate | Amount |
|------|------|-------------|------|-------|--------|----------|---|---|-------|------|--------|
| 2/5/2020 | Sean Short | Compose electronic communication to opposing counsel regarding draft ADR report. | $255.00 | 0.1 | $25.50 | Opposing Counsel Communicati | 130 | | 0.1 | $200.00 | $20.00 |
| 2/5/2020 | Sean Short | Preparation and drafting of ADR report. | $255.00 | 0.2 | $51.00 | Case Management | 132 | | 0.2 | $200.00 | $40.00 |
| 2/5/2020 | Sean Short | Preparation and drafting of settlement demand letter. | $255.00 | 0.5 | $127.50 | Settlement Related | 133 | | 0.5 | $200.00 | $100.00 |
| 2/5/2020 | Sean Short | Telephone Conference(s) with TF regarding case fees and costs. | $255.00 | 0.1 | $25.50 | In House Communication | 134 | | 0.1 | $200.00 | $20.00 |
| 2/6/2020 | Sean Short | Receive, read and prepare response to email(s) from opposing counsel regarding edits to ADR report; settlement offer. | $255.00 | 0.1 | $25.50 | Opposing Counsel Communicati | 135 | | 0.1 | $200.00 | $20.00 |
| 2/6/2020 | Sean Short | Receipt and review of Defendant's edits to ADR report. | $255.00 | 0.1 | $25.50 | Case Management | 136 | | 0.1 | $200.00 | $20.00 |
| 2/6/2020 | Paralegal | Preparation and drafting of Initial Disclosure | $145.00 | 0.2 | $29.00 | Discovery Related | 138 | | 0.2 | $145.00 | $29.00 |
| 2/6/2020 | Josh Sanford | Examination of filed ADR report | $500.00 | 0.1 | $50.00 | Case Management | 139 | | 0.1 | $325.00 | $32.50 |
| 2/6/2020 | Josh Sanford | Examination of OC email | $500.00 | 0.1 | $50.00 | Opposing Counsel Communicati | 141 | | 0.1 | $325.00 | $32.50 |
| 2/7/2020 | Josh Sanford | Examination of clerk's notice | $500.00 | 0.1 | $50.00 | Case Management | 142 | | 0.1 | $325.00 | $32.50 |
| 2/10/2020 | Paralegal | Editing and revision of Initial Disclosure | $145.00 | 0.1 | $14.50 | Discovery Related | 143 | | 0.1 | $145.00 | $14.50 |
| 2/14/2020 | Josh Sanford | Examination of SS emails: client contact | $500.00 | 0.1 | $50.00 | In House Communication | 145 | | 0.1 | $325.00 | $32.50 |
| 2/14/2020 | Josh Sanford | Discussion of case status and directing case strategy to Attorney SS | $500.00 | 0.1 | $50.00 | In House Communication | 147 | | 0.1 | $325.00 | $32.50 |
| 2/18/2020 | Paralegal | Editing and revision of Initial Disclosures | $145.00 | 0.1 | $14.50 | Discovery Related | 148 | | 0.1 | $145.00 | $14.50 |
| 2/19/2020 | Sean Short | Telephone Conference(s) with GS regarding client contract. | $255.00 | 0.1 | $25.50 | In House Communication | 150 | | 0.1 | $200.00 | $20.00 |
| 2/20/2020 | Josh Sanford | Examination of Intra-office memo regarding case events and deadlines | $500.00 | 0.1 | $50.00 | In House Communication | 151 | | 0.1 | $325.00 | $32.50 |
| 3/5/2020 | Josh Sanford | Editing and revision of MFL/SAC/PO | $500.00 | 0.1 | $50.00 | Complaint/Summons/Service | 153 Duplicative of 154 | | 0 | $325.00 | $0.00 |
| 3/5/2020 | Sean Short | Editing and revision of second amended complaint; motion for leave to file. | $255.00 | 0.1 | $25.50 | Complaint/Summons/Service | 154 | | 0.1 | $200.00 | $20.00 |
| 3/5/2020 | Sean Short | Conference with staff regarding message from client. | $255.00 | 0.1 | $25.50 | In House Communication | 156 | | 0.1 | $200.00 | $20.00 |
| 3/5/2020 | Sean Short | Preparation and drafting of Second Amended Complaint; Motion for leave to file SAC and Proposed Order. | $255.00 | 0.6 | $153.00 | Complaint/Summons/Service | 158 | | 0.6 | $200.00 | $120.00 |
| 3/6/2020 | Josh Sanford | Receive, read and prepare response to email(s) from staff: new P | $500.00 | 0.1 | $50.00 | In House Communication | 161 | | 0.1 | $325.00 | $32.50 |
| 3/6/2020 | Sean Short | Conference with JS regarding filing first second amended complaint. | $255.00 | 0.1 | $25.50 | In House Communication | 162 | | 0.1 | $200.00 | $20.00 |
| 3/19/2020 | Sean Short | Conference with JS regarding filing amended complaint. | $255.00 | 0.1 | $25.50 | In House Communication | 169 | | 0.1 | $200.00 | $20.00 |
| 3/19/2020 | Josh Sanford | Examination of order granting MFL | $500.00 | 0.1 | $50.00 | Complaint/Summons/Service | 171 | | 0.1 | $325.00 | $32.50 |
| 3/24/2020 | Josh Sanford | Examination of Intra-office memo regarding case events and deadlines | $500.00 | 0.1 | $50.00 | In House Communication | 172 | | 0.1 | $325.00 | $32.50 |
| 3/31/2020 | Sean Short | Examination of scheduling order; review discovery deadline. | $255.00 | 0.1 | $25.50 | Case Management | 175 | | 0.1 | $200.00 | $20.00 |
| 4/1/2020 | Josh Sanford | Examination of OC email | $500.00 | 0.1 | $50.00 | Opposing Counsel Communicati | 176 | | 0.1 | $325.00 | $32.50 |
| 4/8/2020 | Josh Sanford | Examination of notice of judge transfer | $500.00 | 0.1 | $50.00 | Case Management | 177 | | 0.1 | $325.00 | $32.50 |
| 4/15/2020 | Josh Sanford | Examination of order-consolidation | $500.00 | 0.1 | $50.00 | Case Management | 178 | | 0.1 | $325.00 | $32.50 |
| 4/16/2020 | Sean Short | Preparation and drafting of Plaintiffs' First set of discovery and request for production of documents. | $255.00 | 0.9 | $229.50 | Discovery Related | 179 | | 0.9 | $200.00 | $180.00 |
| 4/17/2020 | Josh Sanford | Conference with SS: email and discovery to OC | $500.00 | 0.1 | $50.00 | In House Communication | 180 | | 0.1 | $325.00 | $32.50 |
| 4/17/2020 | Sean Short | Editing and revision of good faith letter. | $255.00 | 0.1 | $25.50 | Discovery Related | 181 | | 0.1 | $200.00 | $20.00 |

Exhibit 15 - Aaron Hill Case - Total Time and Fees

| Date | Name | Description | Rate | Hours | Amount | Category | # | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/17/2020 | Sean Short | Compose electronic communication to opposing counsel regarding Plaintiffs' first set of discovery. | $255.00 | 0.1 | $25.50 | Opposing Counsel Communicati | 183 | 0.1 | $200.00 | $20.00 |
| 5/15/2020 | Sean Short | Compose electronic communication to JS and MQ regarding Defendant's discovery production. | $255.00 | 0.1 | $25.50 | In House Communication | 187 | 0.1 | $200.00 | $20.00 |
| 5/29/2020 | Sean Short | Examination of email from opposing counsel regarding scheduling client depositions. | $255.00 | 0.1 | $25.50 | Opposing Counsel Communicati | 191 | 0.1 | $200.00 | $20.00 |
| 6/8/2020 | Josh Sanford | Examination of Intra-office memo regarding case events and deadlines | $500.00 | 0.1 | $50.00 | In House Communication | 192 | 0.1 | $325.00 | $32.50 |
| 6/18/2020 | Law Clerk | Preparation and Drafting of Answers to Opposing Party's Rogs and RFPs | $110.00 | 0.4 | $44.00 | Discovery Related | 193 | 0.4 | $110.00 | $44.00 |
| 6/18/2020 | Law Clerk | Compose electronic communication to client | $110.00 | 0.1 | $11.00 | Client Communication | 194 | 0.1 | $110.00 | $11.00 |
| 6/18/2020 | Law Clerk | Telephone Conference(s) with client re PRIVILEGED INFORMATION | $110.00 | 0.4 | $44.00 | Client Communication | 195 | 0.4 | $110.00 | $44.00 |
| 7/1/2020 | Sean Short | Conference with law clerk regarding damage calculations. | $255.00 | 0.1 | $25.50 | In House Communication | 197 | 0.1 | $200.00 | $20.00 |
| 10/23/2020 | Paralegal | Telephone Conference(s) with Aaron Hill re: PRIVILEGED INFORMATION | $145.00 | 0.1 | $14.50 | Client Communication | 199 | 0.1 | $145.00 | $14.50 |
| 2/12/2021 | Paralegal | Compose electronic communication to Aaron Hill re: PRIVILEGED INFORMATION | $145.00 | 0.1 | $14.50 | Client Communication | 204 | 0.1 | $145.00 | $14.50 |
| 2/23/2021 | Josh Sanford | Examination of clerk notice | $500.00 | 0.1 | $50.00 | Case Management | 205 | 0.1 | $325.00 | $32.50 |
| 2/25/2021 | Sean Short | Examination of order reassigning case. | $255.00 | 0.1 | $25.50 | Case Management | 206 | 0.1 | $200.00 | $20.00 |
| 3/18/2021 | Paralegal | Compose electronic communication to Aaron Hill re: PRIVILEGED INFORMATION | $145.00 | 0.1 | $14.50 | Client Communication | 210 | 0.1 | $145.00 | $14.50 |
| 3/18/2021 | Paralegal | Telephone Conference(s) with client re: PRIVILEGED INFORMATION | $145.00 | 0.1 | $14.50 | Client Communication | 212 | 0.1 | $145.00 | $14.50 |
| 3/29/2021 | Paralegal | Compose electronic communication to Robert H. McGarity re: PRIVILEGED INFORMATION | $145.00 | 0.1 | $14.50 | Client Communication | 213 | 0.1 | $145.00 | $14.50 |
| 3/29/2021 | Paralegal | Compose electronic communication to Aaron Hill re: PRIVILEGED INFORMATION | $145.00 | 0.1 | $14.50 | Client Communication | 215 | 0.1 | $145.00 | $14.50 |
| 4/23/2021 | Paralegal | Telephone Conference(s) with Robert McGarity re: PRIVILEGED INFORMATION | $145.00 | 0.1 | $14.50 | Client Communication | 217 | 0.1 | $145.00 | $14.50 |
| 6/3/2021 | Paralegal | Compose electronic communication to Aaron Hill re: PRIVILEGED INFORMATION | $145.00 | 0.1 | $14.50 | Client Communication | 219 | 0.1 | $145.00 | $14.50 |
| 8/24/2021 | Sean Short | Conference with SG regarding case status; next steps. | $255.00 | 0.1 | $25.50 | In House Communication | 220 | 0.1 | $200.00 | $20.00 |
| 10/5/2021 | Paralegal | Telephone Conference with Robert McGarity re: PRIVILEGED INFORMATION | $145.00 | 0.1 | $14.50 | Client Communication | 222 | 0.1 | $145.00 | $14.50 |
| 10/5/2021 | Sean Short | Conference with paralegal regarding call from client; case status. | $255.00 | 0.1 | $25.50 | In House Communication | 225 | 0.1 | $200.00 | $20.00 |
| 11/16/2021 | Sean Short | Conference with SG and paralegal regarding case status; next steps. | $255.00 | 0.1 | $25.50 | In House Communication | 229 | 0.1 | $200.00 | $20.00 |
| 11/30/2021 | Sean Short | Conference with SG and paralegal regarding case status; next steps. | $255.00 | 0.1 | $25.50 | In House Communication | 230 | 0.1 | $200.00 | $20.00 |
| 12/14/2021 | Paralegal | Telephone Conference(s) with Robert McGarity re: case status update. | $145.00 | 0.1 | $14.50 | Client Communication | 231 | 0.1 | $145.00 | $14.50 |
| 6/1/2022 | Sean Short | Conference regarding case strategy/next steps | $255.00 | 0.1 | $25.50 | In House Communication | 233 | 0.1 | $200.00 | $20.00 |
| 6/21/2022 | Sean Short | Receive, read and prepare response to email(s) from paralegal regarding call from client; case status. | $255.00 | 0.1 | $25.50 | In House Communication | 236 | 0.1 | $200.00 | $20.00 |
| 6/22/2022 | Paralegal | Compose electronic communication via text for PRIVILEGED INFORMATION | $145.00 | 0.1 | $14.50 | Client Communication | 237 | 0.1 | $145.00 | $14.50 |

Exhibit 15 - Aaron Hill Case - Total Time and Fees

| Date | Timekeeper | Description | Rate | Hours | Amount | Category | # | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/13/2022 | Paralegal | Telephone Conference(s) with A Hill re PRIVILEGED INFORMATION | $145.00 | 0.1 | $14.50 | Client Communication | 238 | 0.1 | $145.00 | $14.50 |
| 8/25/2022 | Paralegal | Telephone Conference(s) with R McGarity re PRIVILEGED INFORMATION | $145.00 | 0.1 | $14.50 | Client Communication | 239 | 0.1 | $145.00 | $14.50 |
| 9/30/2022 | Sean Short | Examination of order closing/consolidating case. | $255.00 | 0.1 | $25.50 | Case Management | 240 | 0.1 | $200.00 | $20.00 |
| 10/18/2022 | Sean Short | Conference with paralegal regarding case status; next steps. | $255.00 | 0.1 | $25.50 | In House Communication | 242 | 0.1 | $200.00 | $20.00 |
| 11/23/2022 | Sean Short | Telephone Conference(s) between Attorney and Client regarding PRIVILEGED INFORMATION | $255.00 | 0.1 | $25.50 | Client Communication | 244 | 0.1 | $200.00 | $20.00 |
| 1/18/2023 | Sean Short | Compose electronic communication to VK regarding billing and fee petition consolidation. | $255.00 | 0.1 | $25.50 | In House Communication | 247 | 0.1 | $200.00 | $20.00 |
| | | | | | $6,150.50 | | | | | $2,640.50 |
| | | | | **21.3** | **$6,150.50** | | | **12.20** | | **2640.5** |