Exhibit 16 - Aaron Hill Case - Time on Abandoned Claims

| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # | Objection | Abandoned or Dismissed |
|---|---|---|---|---|---|---|---|---|---|
| 8/16/2019 | Law Clerk | Telephone Conference(s) with Aaron Hill re PRIVILEGED INFORMATION | $110.00 | 0.1 | $11.00 | Client Communication | 1 | | Abandoned |
| 8/16/2019 | Josh Sanford | Receive and open firm file | $500.00 | 0.1 | $50.00 | Case Management | 3 | | Abandoned |
| 8/16/2019 | Law Clerk | Compose e-mail to Aaron Hill re PRIVILEGED INFORMATION | $110.00 | 0.1 | $11.00 | Client Communication | 4 | | Abandoned |
| 8/16/2019 | Sean Short | Compose e-mail to MS regarding PRIVILEGED INFORMATION. | $255.00 | 0.1 | $25.50 | In House Communication | 5 | | Abandoned |
| 8/16/2019 | Sean Short | Conference with MS regarding call with client. | $255.00 | 0.2 | $51.00 | In House Communication | 8 | | Abandoned |
| 8/16/2019 | Sean Short | Conference with JS regarding case status. | $255.00 | 0.1 | $25.50 | In House Communication | 9 | | Abandoned |
| 8/20/2019 | Law Clerk | Compose e-mail to Aaron Hill re PRIVILEGED INFORMATION | $110.00 | 0.1 | $11.00 | Client Communication | 12 | | Abandoned |
| 8/22/2019 | Sean Short | Conference with MS regarding contact with client. | $255.00 | 0.1 | $25.50 | In House Communication | 13 | | Abandoned |
| 8/22/2019 | Sean Short | Conference with MS regarding paystubs. | $255.00 | 0.1 | $25.50 | In House Communication | 14 | | Abandoned |
| 8/22/2019 | Law Clerk | Receipt and review of check stubs from client, rename and organize | $110.00 | 0.3 | $33.00 | Discovery Related | 15 | | Abandoned |
| 8/23/2019 | Josh Sanford | Examination of letter from potential P | $500.00 | 0.1 | $50.00 | Client Communication | 17 | Excessive - Discussions about "potential plaintiff" are not actually about the case. | Abandoned |
| 8/23/2019 | Josh Sanford | Conference with MS/SS: complaint, adding a P | $500.00 | 0.2 | $100.00 | In House Communication | 18 | | Abandoned |
| 8/23/2019 | Sean Short | Conference with MS regarding message to client. | $255.00 | 0.1 | $25.50 | In House Communication | 22 | Excessive - Discussions about "potential plaintiff" are not actually about the case. | Abandoned |
| 8/26/2019 | Law Clerk | Telephone Conference(s) with potential plaintiff -vm | $110.00 | 0.1 | $11.00 | Client Communication | 23 | Excessive - Discussions about "potential plaintiff" are not actually about the case. | Abandoned |
| 8/27/2019 | Law Clerk | Telephone Conference(s) with potential plaintiff | $110.00 | 0.2 | $22.00 | Client Communication | 24 | Excessive - Discussions about "potential plaintiff" are not actually about the case. | Abandoned |
| 8/27/2019 | Law Clerk | Compose electronic communication to potential plaintiff re PRIVILEGED INFORMATION | $110.00 | 0.1 | $11.00 | Client Communication | 25 | | Abandoned |

Exhibit 16 - Aaron Hill Case - Time on Abandoned Claims

| Date | Person | Description | Rate | Hours | Amount | Category | No. | Note | Status |
|---|---|---|---|---|---|---|---|---|---|
| 8/27/2019 | Sean Short | Preparation and drafting of Original Complaint. | $255.00 | 1.5 | $382.50 | Complaint/Summons/Service | 27 | | Abandoned |
| 8/27/2019 | Sean Short | Conference with JS regarding case strategy. | $255.00 | 0.1 | $25.50 | In House Communication | 29 | | Abandoned |
| 8/27/2019 | Sean Short | Conference with MS regarding phone call with client. | $255.00 | 0.1 | $25.50 | In House Communication | 30 | | Abandoned |
| 8/29/2019 | Law Clerk | Telephone Conference(s) with potential plaintiff - voicemail | $110.00 | 0.1 | $11.00 | Client Communication | 32 | | Abandoned |
| 8/29/2019 | Sean Short | Conference with MS regarding call to client. | $255.00 | 0.1 | $25.50 | In House Communication | 33 | | Abandoned |
| 9/3/2019 | Law Clerk | Compose electronic communication to potential plaintiff re PRIVILEGED INFORMATION | $110.00 | 0.1 | $11.00 | Client Communication | 36 | | Abandoned |
| 9/5/2019 | Sean Short | Conference with MS regarding call with client. | $255.00 | 0.1 | $25.50 | In House Communication | 37 | | Abandoned |
| 9/5/2019 | Law Clerk | Telephone Conference(s) with potential plaintiff - voicemail | $110.00 | 0.1 | $11.00 | Client Communication | 39 | | Abandoned |
| 9/6/2019 | Sean Short | Conference with MS regarding edits to letter to client. | $255.00 | 0.1 | $25.50 | In House Communication | 42 | | Abandoned |
| 9/6/2019 | Sean Short | Editing and revision of letter to client. | $255.00 | 0.1 | $25.50 | Client Communication | 43 | | Abandoned |
| 9/13/2019 | Sean Short | Conference with MS regarding message to client. | $255.00 | 0.1 | $25.50 | In House Communication | 44 | | Abandoned |
| 9/16/2019 | Sean Short | Editing and revision of original complaint. | $255.00 | 0.3 | $76.50 | Complaint/Summons/Service | 45 | | Abandoned |
| 9/16/2019 | Sean Short | Editing and revision of original complaint. | $255.00 | 0.4 | $102.00 | Complaint/Summons/Service | 46 | | Abandoned |
| 9/17/2019 | Josh Sanford | Editing and revision of complaint | $500.00 | 0.3 | $150.00 | Complaint/Summons/Service | 52 | Duplicative of 45, 46 | Abandoned |
| 9/17/2019 | Sean Short | Editing and revision of civil cover sheet. | $255.00 | 0.1 | $25.50 | Complaint/Summons/Service | 53 | | Abandoned |
| 9/17/2019 | Sean Short | Editing and revision of original complaint. | $255.00 | 0.1 | $25.50 | Complaint/Summons/Service | 54 | | Abandoned |
| 9/17/2019 | Sean Short | Conference with JS regarding edits to complaint. | $255.00 | 0.1 | $25.50 | In House Communication | 56 | | Abandoned |
| 9/18/2019 | Josh Sanford | Examination of Notice of Judge assignment | $500.00 | 0.1 | $50.00 | Complaint/Summons/Service | 57 | | Abandoned |
| 9/18/2019 | Josh Sanford | Examination of notice of issued summons | $500.00 | 0.1 | $50.00 | Complaint/Summons/Service | 58 | Duplicative of 59 | Abandoned |
| 9/18/2019 | Sean Short | Receipt and review of summons issued. | $255.00 | 0.1 | $25.50 | Complaint/Summons/Service | 59 | | Abandoned |
| 9/18/2019 | Sean Short | Compose electronic communication to process server regarding service of summons and complaint. | $255.00 | 0.1 | $25.50 | Complaint/Summons/Service | 60 | Paralegal work | Abandoned |
| 9/19/2019 | Sean Short | Receipt and review of summons returned executed; save to file. | $255.00 | 0.1 | $25.50 | Complaint/Summons/Service | 61 | Duplicative of 58, 59 | Abandoned |

Exhibit 16 - Aaron Hill Case - Time on Abandoned Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9/23/2019 | Josh Sanford | Examination of letter and bull from process server | $500.00 | 0.1 | $50.00 | Complaint/Summons/Service | 62 | | Abandoned |
| 9/24/2019 | Sean Short | Telephone Conference(s) with AS regarding message from client. | $255.00 | 0.1 | $25.50 | In House Communication | 63 | | Abandoned |
| 9/25/2019 | Sean Short | Compose electronic communication to client. | $255.00 | 0.2 | $51.00 | Client Communication | 64 | | Abandoned |
| 9/25/2019 | Sean Short | Conference with JS regarding case status. | $255.00 | 0.1 | $25.50 | In House Communication | 67 | | Abandoned |
| 9/25/2019 | Josh Sanford | Examination of IOMS: K. Carter | $500.00 | 0.2 | $100.00 | In House Communication | 68 | | Abandoned |
| 10/10/2019 | Josh Sanford | Examination of answer | $500.00 | 0.2 | $100.00 | Complaint/Summons/Service | 70 | Duplicative of 78 | Abandoned |
| 10/10/2019 | Sean Short | Preparation and drafting of first amended complaint. | $255.00 | 0.5 | $127.50 | Complaint/Summons/Service | 72 | | Abandoned |
| 10/11/2019 | Sean Short | Compose, prepare and send correspondence to Clerk regarding filing of First Amended Complaint. | $255.00 | 0.2 | $51.00 | Case Management | 75 | Clerical | Abandoned |
| 10/11/2019 | Josh Sanford | Editing and revision of FAC | $500.00 | 0.2 | $100.00 | Complaint/Summons/Service | 76 | Duplicative of 73 | Abandoned |
| 10/11/2019 | Sean Short | Editing and revision of first amended complaint. | $255.00 | 0.1 | $25.50 | Complaint/Summons/Service | 77 | | Abandoned |
| 10/11/2019 | Sean Short | Examination of Defendant's answer to Complaint. | $255.00 | 0.2 | $51.00 | Complaint/Summons/Service | 78 | | Abandoned |
| 10/11/2019 | Josh Sanford | Examination of order for scheduling order | $500.00 | 0.1 | $50.00 | Case Management | 79 | | Abandoned |
| | | | | 8.6 | $2,421.00 | | | | |