Exhibit 17 – Summary of Plaintiffs' Counsels' Time by Year

| Josh Sanford | | |
|---|---|---|
| Year | Hours Expended | % of Hours Expended |
| 2017 | 2 | 1% |
| 2018 | 79.05 | 31% |
| 2019 | 50.75 | 20% |
| 2020 | 93.8 | 37% |
| 2021 | 15.2 | 6% |
| 2022 | 7.2 | 3% |
| 2023 | 4.6 | 2% |
| Total | 252.6 | |

| Vanessa Kinney | | |
|---|---|---|
| Year | Hours Expended | % of Hours Expended |
| 2017 | 0 | 0% |
| 2018 | 70.7 | 18% |
| 2019 | 29.3 | 7% |
| 2020 | 41.7 | 11% |
| 2021 | 226.7 | 57% |
| 2022 | 9.3 | 2% |
| 2023 | 19 | 5% |
| | 396.7 | |

| Meredith McEntire | | |
|---|---|---|
| Year | Hours Expended | % of Hours Expended |
| 2017 | 0 | 0% |
| 2018 | 0 | 0% |
| 2019 | 9.1 | 75% |
| 2020 | 2.2 | 18% |
| 2021 | 0.8 | 7% |
| 2022 | 0 | 0% |
| 2023 | 0 | 0% |
| | 12.1 | |

Exhibit 17 – Summary of Plaintiffs' Counsels' Time by Year

| Sean Short | | |
|---|---|---|
| Year | Hours Expended | % of Hours Expended |
| 2017 | 0.9 | 0% |
| 2018 | 47.7 | 13% |
| 2019 | 28.1 | 8% |
| 2020 | 198 | 56% |
| 2021 | 43.9 | 12% |
| 2022 | 20.4 | 6% |
| 2023 | 14.9 | 4% |
| | 353.9 | |