Exhibit 18 - Objections to Plaintiffs' Litigation Expenses

| Date | Description | Amount | Price | Quantity | Cost Type | Objection | Reasonable Expenses |
|---|---|---|---|---|---|---|---|
| 12/11/2017 | Filing Fee to Clerk of Court | $400.00 | $400.00 | 1 | SoftCost | | $400.00 |
| 1/12/2018 | Service fee - APS Process Service | $75.00 | $75.00 | 1 | SoftCost | | $75.00 |
| 8/7/2018 | Postage-Discovery Documents | $0.89 | $0.89 | 1 | SoftCost | Related to claims abandoned in Second Amended Complaint Doc. 55. | |
| 8/27/2018 | Travel expenses: Josh Sanford Flight for 8/28 Hearing | $435.28 | $435.28 | 1 | SoftCost | Related to claims abandoned in Second Amended Complaint Doc. 55. | |
| 8/28/2018 | Travel expenses: Josh Sanford Uber | $16.52 | $16.52 | 1 | SoftCost | Related to claims abandoned in Second Amended Complaint Doc. 55. | |
| 8/28/2018 | Travel expenses: Josh Sanford Uber | $16.52 | $16.52 | 1 | SoftCost | Related to claims abandoned in Second Amended Complaint Doc. 55. | |
| 8/28/2018 | Travel expenses: Josh Sanford Uber | $12.15 | $12.15 | 1 | SoftCost | Related to claims abandoned in Second Amended Complaint Doc. 55. | |
| 8/28/2018 | Travel expenses: Josh Sanford Uber | $6.93 | $6.93 | 1 | SoftCost | Related to claims abandoned in Second Amended Complaint Doc. 55. | |
| 8/28/2018 | Travel expenses: Josh Sanford Uber | $17.04 | $17.04 | 1 | SoftCost | Related to claims abandoned in Second Amended Complaint Doc. 55. | |
| 8/29/2018 | Travel expenses: Josh Sanford Uber | $20.25 | $20.25 | 1 | SoftCost | Related to claims abandoned in Second Amended Complaint Doc. 55. | |
| 10/10/2018 | Travel expenses: Josh Sanford Hotel for 10/16/2018-10/18/2018 Depositions in Co | $315.74 | $315.74 | 1 | SoftCost | Related to claims abandoned in Second Amended Complaint Doc. 55. | |
| 10/10/2018 | Travel expenses: Sean Short Hotel for 10/16/2018-10/18/2018 Depositions in Corp | $315.74 | $315.74 | 1 | SoftCost | Related to claims abandoned in Second Amended Complaint Doc. 55. | |
| 10/17/2018 | Travel expenses: Josh Sanford Uber for 10/17/2018 Depositions | $10.79 | $10.79 | 1 | SoftCost | Related to claims abandoned in Second Amended Complaint Doc. 55. | |
| 10/17/2018 | Travel expenses: Josh Sanford Uber for 10/17 Depos | $8.79 | $8.79 | 1 | SoftCost | Related to claims abandoned in Second Amended Complaint Doc. 55. | |
| 10/18/2018 | Travel expenses: Josh Sanford Flight Change | $75.00 | $75.00 | 1 | SoftCost | Related to claims abandoned in Second Amended Complaint Doc. 55. | |
| 10/18/2018 | Travel expenses: Sean Short Flight Change | $46.65 | $46.65 | 1 | SoftCost | Related to claims abandoned in Second Amended Complaint Doc. 55. | |
| 10/18/2018 | Travel expenses: Josh Sanford Uber for 10/18 Depositions | $15.65 | $15.65 | 1 | SoftCost | Related to claims abandoned in Second Amended Complaint Doc. 55. | |
| 10/18/2018 | Travel expenses: Josh Sanford Uber for 10/18 Depos | $8.86 | $8.86 | 1 | SoftCost | Related to claims abandoned in Second Amended Complaint Doc. 55. | |
| 10/18/2018 | Travel expenses: Josh Sanford Uber for 10/18 Depositions | $8.08 | $8.08 | 1 | SoftCost | Related to claims abandoned in Second Amended Complaint Doc. 55. | |
| 10/18/2018 | Travel expenses: Josh Sanford Uber for 10/18/ Depos | $20.51 | $20.51 | 1 | SoftCost | Related to claims abandoned in Second Amended Complaint Doc. 55. | |
| 10/19/2018 | Travel expenses Parking | $17.44 | $17.44 | 1 | SoftCost | Related to claims abandoned in Second Amended Complaint Doc. 55. | |
| 11/12/2018 | Transcript cost to Lexitas | $562.80 | $562.80 | 1 | SoftCost | Related to claims abandoned in Second Amended Complaint Doc. 55. | |
| 11/21/2018 | Travel expenses: Josh Sanford Flight for 12/5 Hearing | $496.28 | $496.28 | 1 | SoftCost | | $496.28 |
| 12/12/2018 | Travel expenses: Josh Sanford Uber | $9.90 | $9.90 | 1 | SoftCost | | $9.90 |
| 3/5/2019 | Travel expenses: Josh Sanford Flight for 4/4/2019 Hearing in San Antonio | $360.00 | $360.00 | 1 | SoftCost | | $360.00 |
| 4/3/2019 | Travel expenses; Airport Dinner- $44.00 | $44.00 | $44.00 | 1 | SoftCost | | $44.00 |
| 4/4/2019 | Travel expenses: Josh Sanford Uber for 4/4/2019 Status Conference in San Antonio | $9.06 | $9.06 | 1 | SoftCost | | $9.06 |
| 4/4/2019 | Travel expenses: Josh Sanford Uber for 4/4/2019 Status Conference in San Antonio | $10.80 | $10.80 | 1 | SoftCost | | $10.80 |
| 4/4/2019 | Travel expenses: Josh Sanford Uber for 4/4/2019 Status Conference in San Antonio | $14.67 | $14.67 | 1 | SoftCost | | $14.67 |
| 4/22/2019 | Postage for class mailing | $213.36 | $1.27 | 168 | SoftCost | | $213.36 |
| 5/6/2019 | Postage | $26.55 | $26.55 | 1 | SoftCost | | $26.55 |
| 5/6/2019 | 100 Pages at $0.60 | $60.00 | $60.00 | 1 | SoftCost | | $60.00 |

| Date | Description | Amount | Unit | Qty | Type | Objection | Adjusted |
|---|---|---|---|---|---|---|---|
| 6/7/2019 | Josh Sanford Flight to San Antonio for 6/19/2019 Status Conference in San Antoni | $242.00 | $242.00 | 1 | SoftCost | | $242.00 |
| 6/7/2019 | Josh Sanford Flight to Little Rock for 6/19/2019 Status Conference in San Antonio | $242.00 | $242.00 | 1 | SoftCost | | $242.00 |
| 6/20/2019 | JS Uber for 6/19/2019 Hearing in San Antonio | $7.93 | $7.93 | 1 | HardCost | | $7.93 |
| 6/20/2019 | JS Uber for 6/19/2019 Hearing in San Antonio | $15.57 | $15.57 | 1 | HardCost | | $15.57 |
| 6/20/2019 | JS Uber Fee for 6/19/2019 Hearing in San Antonio | $16.09 | $16.09 | 1 | HardCost | | $16.09 |
| 6/24/2019 | Postage for Postcards | $41.82 | $41.82 | 1 | SoftCost | | $41.82 |
| 6/17/2020 | JS and SS Hotel Room for Depositions in Corpus Christi on 6/22 | $505.85 | $505.85 | 1 | HardCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $50.59 |
| 6/17/2020 | JS and SS Flight to Corpus Christi for Depositions on 6/22 | $1,108.80 | $1,108.80 | 1 | HardCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $110.88 |
| 6/22/2020 | Sean Short travel reimbursement for Depositions in Corpus Christi | $214.50 | | 1 | HardCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $21.45 |
| 6/23/2020 | Conference Room Rental in McAllen, TX for deposition prep | $315.63 | | | HardCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $31.56 |
| 6/23/2020 | Conference Room rental in Corpus Christi, TX | $250.00 | | | HardCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $25.00 |
| 6/23/2020 | Conference Room rental for deposition fprep | $200.00 | | | HardCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $20.00 |
| 6/24/2020 | JS and SS Uber Fee | $9.42 | | | HardCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $0.94 |
| 7/7/2020 | JS Flight to Louisville, KY for Depositions | $511.98 | | | HardCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $51.20 |
| 7/8/2020 | JS Hotel Room for Depositions in Louisville, KY | $95.71 | | | HardCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $9.57 |
| 7/10/2020 | SS Hotel for Corpus Christi Depositions | $165.50 | | | HardCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $16.55 |
| 7/10/2020 | SS Flight for Depositions in Corpus Christi | $556.20 | | | HardCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $55.62 |
| 7/10/2020 | Conference Room Rental for Depositions in Corpus Christi | $250.00 | | | HardCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $25.00 |
| 7/10/2020 | SS Flight to Lubbock, TX for Deposition | $724.96 | | | SoftCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $72.50 |
| 7/10/2020 | SS Hotel Room in Lubbock, TX for Depositions | $99.28 | | | SoftCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $9.93 |
| 7/10/2020 | Conference Room rental in Lubbock, TX for depositions | $250.00 | | | SoftCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $25.00 |
| 7/13/2020 | JS Uber Fee in Louisville, KY | $18.29 | | | SoftCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $1.83 |
| 7/14/2020 | JS Hotel Room in Dallas for Deposition | $98.13 | | | SoftCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $9.81 |
| 7/21/2020 | postage | $3.30 | $0.55 | 6 | SoftCost | | $3.30 |
| 8/7/2020 | SS Hotel for Depositions in Corpus Christi | $132.89 | | | SoftCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $13.29 |
| 8/7/2020 | SS Flightl for Depositions in Corpus Christi | $286.20 | | | SoftCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $28.62 |
| 8/7/2020 | Conference Room fee for Depositions in Corpus Christi | $200.00 | | | SoftCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $20.00 |
| 11/5/2020 | Mediation Fee to Martin, Disiere, Jefferson and Wisdom | $2,000.00 | | | SoftCost | | $2,000.00 |
| 4/1/2021 | Transcript Cost to CSI Global Deposition Services | $7,143.00 | | | SoftCost | 90% Unsuccessful on depo substance, per summary judgment ruling Doc. 158. | $714.30 |
| 8/13/2021 | Mediation Fee to Martin, Disiere, Jefferson and Wisdom | $2,000.00 | | | SoftCost | | $2,000.00 |
| 3/3/2022 | CallFire Mass Update | $9.18 | $0.06 | 153 | HardCost | | $9.18 |
| 3/11/2022 | CallFire Update | $6.12 | $0.06 | 102 | HardCost | | $6.12 |
| TOTAL | | $21,371.60 | | | | | $7,617.26 |