Exhibit 19 – Summary of Lodestar Calculation and Downward Adjustment

| Timekeeper | Rate Applied For | Hours Applied For | Fees Applied For | Reasonable Rate | Reasonable Hours | Reasonable Fee |
|---|---|---|---|---|---|---|
| Josh Sanford | $500 | 257.6 | $128,800 | $325 | 91.71 | $29,805.75 |
| Vanessa Kinney | $360 | 396.7 | $142,812 | $250 | 106.37 | $26,592.50 |
| Sean Short | $255 | 366.4 | $93,432 | $200 | 179.37 | $35,874.00 |
| Meredith McEntire | $360 | 12.1 | $4,356 | $258 | 9.94 | $2,564.52 |
| Paralegal | $145 | 54.0 | $7,830 | $145 | 92.3 | $13,383.50 |
| Law Clerk | $110 | 22.8 | $2,508 | $110 | 13.01 | $1,431.10 |
| Total | | 1109.6 | $379,738.0 | | 492.70 | $109,651.37 |
| 67% Downward Adjustment | | | | | | **$36,550.46** |