IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**JUAN SEGOVIA and VICTOR FLORES,**   **PLAINTIFFS**
Each Individually and on behalf of All
Others Similarly Situated

vs.                            No. 5:17-cv-1246-JKP

**FUELCO ENERGY LLC**                                    **DEFENDANT**

### UNOPPOSED MOTION FOR LEAVE TO EXCEED REPLY BRIEF PAGE LIMIT AND FOR DEFENDANT TO FILE SUR-REPLY

COME NOW Plaintiffs Juan Segovia and Victor Flores, each individually and on behalf of all others similarly situated, by and through their undersigned counsel, for their Motion for Leave to Exceed Reply Brief Page Limit and for Defendant to File Sur-reply, and in support thereof do hereby state and allege as follows:

1. Plaintiffs hereby ask for leave to exceed the 10 page limit required by Local Rule CV-7(e)(3) in their Reply in Support of Motion for Attorneys' Fees and Costs by seven pages.

2. There is an extensive amount of law and facts discussed in the Motion for Attorneys' Fees and Costs to be addressed in Plaintiffs' Reply.

3. Defendant's Response was 20 pages, plus 19 exhibits and a six-page declaration from Defendant's counsel.

4. Plaintiffs would like the opportunity to fully address the numerous legal and factual arguments raised in Defendant's Response.

Page 1 of 3
*Juan Segovia, et al. v. Fuelco Energy LLC*
U.S.D.C. (W.D. Tex.) Case No. 5:17-cv-1246-JKP
Unopposed Motion for Leave to Exceed Reply Brief Page Limit
and for Defendant to File Sur-Reply

5. Given the amount of attorney's fees and costs in controversy, the Court's ruling on Plaintiffs' Motion for Attorneys' Fees and Costs is of substantial significance.

6. Plaintiffs ask for leave to file a 17-page reply, exclusive of the caption, the signature block, any certificate, and any accompanying documents.

7. Plaintiffs' counsel conferred with Defendants' counsel and this Motion is unopposed.

8. Defendant's counsel also requests leave to file a sur-reply of no more than 17 pages, and Plaintiffs' counsel is unopposed to that request.

9. The proposed Reply is attached as Exhibit A.

WHEREFORE, premises considered, Plaintiffs Juan Segovia and Victor Flores, each individually and on behalf of all others similarly situated, respectfully request an order of this Court granting them leave to exceed the page limit in their Reply to Defendant's Response to Plaintiffs' Motion for Attorneys' Fees and Costs by seven pages, and for Defendant to file a sur-reply of no more than 17 pages on or before April 21, 2023.

Page 2 of 3
*Juan Segovia, et al. v. Fuelco Energy LLC*
U.S.D.C. (W.D. Tex.) Case No. 5:17-cv-1246-JKP
Unopposed Motion for Leave to Exceed Reply Brief Page Limit
and for Defendant to File Sur-Reply

Respectfully submitted,

**JUAN SEGOVIA and VICTOR FLORES, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that a true and correct copy of the foregoing MOTION was electronically filed with the Clerk for the U.S. District Court, Western District of Texas, San Antonio Division, using the Electronic Case Filing system of the Court, and that the attorneys listed below are registered to receive from the Clerk of Court an electronic copy thereof:

W. Craig Stokley, Esq.
James Owen Crewse, Esq.
STOKLEY PLLC
Campbell Centre II
8150 North Central Expressway, Suite 550
Dallas, Texas 75206
Telephone: (214) 295-2414
Facsimile: (214) 295-6411
cstokley@cstokleypllc.com
jcrewse@cstokleypllc.com

*/s/ Josh Sanford*
**Josh Sanford**

Page 3 of 3
*Juan Segovia, et al. v. Fuelco Energy LLC*
U.S.D.C. (W.D. Tex.) Case No. 5:17-cv-1246-JKP
Unopposed Motion for Leave to Exceed Reply Brief Page Limit
and for Defendant to File Sur-Reply