IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JUAN SEGOVIA and VICTOR FLORES,** Each Individually and on behalf of All Others Similarly Situated | | **PLAINTIFFS** |
| vs. | No. 5:17-cv-1246-JKP | |
| **FUELCO ENERGY LLC** | | **DEFENDANT** |

## ORDER

On this day, the Court considered Plaintiffs' Motion for Leave to File Reply In Support of Motion for Attorneys' Fees and Costs in Excess of the Page Limit permitted by Local Rule CV-7(e)(3) and for Defendant to file sur-reply. Having considered the Motion, it is hereby GRANTED.

IT IS ORDERED that Plaintiffs are allowed to extend the page limit for filing their Reply In Support of Motion for Attorneys' Fees and Costs up to four (7) pages and Defendant is allowed to file a sur-reply of no more than 17 pages on or before April 21, 2023.

SIGNED this _____ day of April, 2023.

_____
**HON. JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**