IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**JUAN SEGOVIA and VICTOR FLORES,**　　　　　　　　　　　　　**PLAINTIFFS**
Each Individually and on behalf of All
Others Similarly Situated

vs.　　　　　　　　　　No. 5:17-cv-1246-JKP

**FUELCO ENERGY LLC**　　　　　　　　　　　　　　　　　　**DEFENDANT**

## NOTICE TO THE COURT

The undersigned Plaintiffs in the above-captioned case elect not to have this case decided by a United States Magistrate Judge and prefer that this case proceed before the District Judge.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**JUAN SEGOVIA and VICTOR FLORES,**
　　　　　　　　　　　　　　　　　　**Each Individually and on Behalf of All**
　　　　　　　　　　　　　　　　　　**Others Similarly Situated, PLAINTIFFS**

　　　　　　　　　　　　　　　　　　SANFORD LAW FIRM, PLLC
　　　　　　　　　　　　　　　　　　Kirkpatrick Plaza
　　　　　　　　　　　　　　　　　　10800 Financial Centre Pkwy, Ste. 510
　　　　　　　　　　　　　　　　　　Little Rock, Arkansas 72211
　　　　　　　　　　　　　　　　　　Telephone: (501) 221-0088

　　　　　　　　　　　　　　　　　　*/s/ Josh Sanford*
　　　　　　　　　　　　　　　　　　Josh Sanford
　　　　　　　　　　　　　　　　　　Tex. Bar No. 24077858
　　　　　　　　　　　　　　　　　　josh@sanfordlawfirm.com

Page 1 of 2
*Juan Segovia, et al. v. Fuelco Energy LLC*
U.S.D.C. (W.D. Tex.) Case No. 5:17-cv-1246-JKP
Notice to the Court

## **CERTIFICATE OF SERVICE**

      I, Josh Sanford, do hereby certify that a true and correct copy of the foregoing NOTICE was electronically filed with the Clerk for the U.S. District Court, using the ECF system, and that the attorneys below are registered therewith:

W. Craig Stokley, Esq.
James Owen Crewse, Esq.
STOKLEY PLLC
Campbell Centre II
8150 N. Central Expressway, Suite 550
Dallas, Texas 75206
Telephone: (214) 295-2414
cstokley@cstokleypllc.com
jcrewse@cstokleypllc.com

                                          */s/ Josh Sanford*
                                          **Josh Sanford**

Page 2 of 2
*Juan Segovia, et al. v. Fuelco Energy LLC*
U.S.D.C. (W.D. Tex.) Case No. 5:17-cv-1246-JKP
Notice to the Court